Cote, J

5/3/2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EASTMAN KODAK COMPANY,

　　Plaintiff,

v.

RICOH COMPANY, LTD.

　　Defendant.

Case No. 12-cv-3109 DLC

## STIPULATION AND ~~PROPOSED~~ ORDER

WHEREAS, on April 19, 2012, Plaintiff Eastman Kodak Company ("Kodak") filed a Complaint in the above-captioned case against Ricoh Company, Ltd. ("Ricoh");

WHEREAS, Kodak subsequently sought Ricoh's counsel's consent to accept service of the Complaint on Ricoh's behalf;

WHEREAS, Ricoh, through its counsel, has agreed to accept service under certain conditions, to which Kodak agreed.

NOW THEREFORE, Kodak and Ricoh hereby stipulate and agree to the following:

1. Ricoh, through its counsel, agrees to accept service of the Complaint. Such agreement does not constitute a waiver by Ricoh of any defense that may be available to Ricoh other than insufficient service of process.

2. Ricoh will not assert insufficient service of process in this case, or otherwise claim that service in this case was improper, for any purpose in any subsequent proceeding based upon this case brought in the United States or abroad.

3. Ricoh's deadline to answer or otherwise respond to the Complaint shall be Monday, July 30, 2012 — 90 days from the date this Stipulation was filed with the Court.

IT IS SO STIPULATED

DATED: May 1, 2012

*(signature)*
Patricia A. Martone
MORRISON FOERSTER LLP
1290 Avenue of the Americas
New York, NY 10104
Tel: (212) 468-8000
Fax: (212) 468-7900
Email: PMartone@mofo.com

*Attorneys for Ricoh Company, Ltd.*

*(signature)*
Robert J. Gunther, Jr.
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
Tel: (212) 230-8800
Fax: (212) 230-8888
Email: robert.gunther@wilmerhale.com

*Attorneys for Eastman Kodak Company*

*Of Counsel*:

Michael J. Summersgill
Daniel M. Esrick
Marissa Lalli
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Tel: (617) 526-6000
Fax: (617) 526-5000

*(signature)*
May 3, 2012

## [PROPOSED] ORDER

It is hereby ORDERED as stipulated by the parties. Ricoh must answer or otherwise respond to the Complaint by July 30, 2012.

DATED this ___ day of _____, 2012.

_____
Hon. DENISE L. COTE