UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
EASTMAN KODAK COMPANY,

                Plaintiff,

      v.

RICOH COMPANY, LTD.

                Defendant.
------------------------------------------------------------------ x

Case No. 12-cv-3109 (DLC)

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Patricia A. Martone from the firm of Morrison & Foerster LLP hereby appears as counsel of record for Defendant Ricoh Company, Ltd. in this action.

Dated: New York, New York
       May 9, 2012

MORRISON & FOERSTER LLP

By:     /s/ Patricia A. Martone
        Patricia A. Martone

1290 Avenue of the Americas
New York, New York  10104
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900
PMartone@mofo.com

*Attorneys for Defendant*
*Ricoh Company, Ltd.*

ny-1039246