UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
EASTMAN KODAK COMPANY,

                Plaintiff,

        v.

RICOH COMPANY, LTD.

                Defendant.

---------------------------------------------------------------- x

Case No. 12-cv-3109 (DLC)

## RULE 7.1 DISCLOSURE

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 7.1, Defendant Ricoh Company, Ltd. states that it does not have any parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
       May 9, 2012

MORRISON & FOERSTER LLP

By:     /s/ Patricia A. Martone
        Patricia A. Martone

Patricia A. Martone
Jayson L. Cohen
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
PMartone@mofo.com
JCohen@mofo.com

A. Max Olson
Shin-Marunouchi Building, 29th Floor
5-1, Marunouchi 1-Chome
Chiyoda-ku, Tokyo 100-6529

Japan
Telephone:  011-81-3-3214-6522
Facsimile:  011-81-3-3214-6512
AOlson@mofo.com

*Attorneys for Defendant*
*Ricoh Company, Ltd.*

ny-1039843                                                    2