UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
:
EASTMAN KODAK COMPANY, :
:
                Plaintiff, :    Case No. 12-cv-3109 (DLC)
:
      v. :
:
RICOH COMPANY, LTD. :
:
                Defendant. :
:
:
:
---------------------------------------------------------------- x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jayson L. Cohen from the firm of Morrison & Foerster LLP hereby appears as counsel for Defendant Ricoh Company, Ltd. in this action.

Dated: New York, New York
       May 9, 2012

MORRISON & FOERSTER LLP

By:     /s/ Jayson L. Cohen    
        Jayson L. Cohen

1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
JCohen@mofo.com

*Attorneys for Defendant*
*Ricoh Company, Ltd.*

ny-1039248