UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------
Eastman Kodak Co.,
                                    Plaintiff,        Case No. 1:12-cv-03109-DLC

       -against-

Ricoh Company Ltd.,                 Defendant.
---------------------------------------------------------
                        NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☒ I have cases pending                    ☐ I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

          Jayson Leonard Cohen
          FILL IN ATTORNEY NAME

My SDNY Bar Number is: JC1028      My State Bar Number is 4419453

I am,
       ☒ An attorney
       ☐ A Government Agency attorney
       ☐ A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Paul, Weiss, Rifkind, Wharton & Garrison, LLP
            FIRM ADDRESS: 1275 Avenue of the Americas, NY, NY 10019-6064
            FIRM TELEPHONE NUMBER: 212-373-3000
            FIRM FAX NUMBER: 212-757-3990

NEW FIRM:   FIRM NAME: Morrison & Foerster LLP
            FIRM ADDRESS: 1290 Avenue of the Americas, NY, NY 10104-0050
            FIRM TELEPHONE NUMBER: 212-468-8000
            FIRM FAX NUMBER: 212-468-7900

☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 5/9/2012

                                          _____
                                          ATTORNEY'S SIGNATURE