UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

                                                          Case No.
                        Plaintiff,

       -against-

                        Defendant.
--------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[ ] I have cases pending        [X] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

_Alan Max Olson_
FILL IN ATTORNEY NAME

My SDNY Bar Number is: _A06238_   My State Bar Number is _____

I am,

[X] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: _CRAVATH, SWAINE & MOORE_
                     FIRM ADDRESS: _825 Eighth Avenue, New York, NY 10019 - 7475_
                     FIRM TELEPHONE NUMBER: _(212) 474-1000_
                     FIRM FAX NUMBER: _(212) 474-3700_

NEW FIRM:    FIRM NAME: _MORRISON & FOERSTER LLP_
                     FIRM ADDRESS: _Shin-Marunouchi Building, 29th Floor, 5-1, Marunouchi 1-Chome, Chiyoda-Ku, Tokyo 100-6529 JAPAN_
                     FIRM TELEPHONE NUMBER: _(81) 3-3214-6522_
                     FIRM FAX NUMBER: _(81) 3-3214-6512_

[ ] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated:                                          _/s/ Alan Max Olson_
                                            ATTORNEY'S SIGNATURE