UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
EASTMAN KODAK COMPANY,

                Plaintiff,

     v.

RICOH COMPANY, LTD.

                Defendant.

------------------------------------------------------------------ x

Case No. 12-cv-3109 (DLC)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that A. Max Olson of the firm of Morrison & Foerster LLP hereby appears as counsel for Defendant Ricoh Company, Ltd. in this action.

Dated: New York, New York
       May 11, 2012

MORRISON & FOERSTER, LLP

By:     /s/ A. Max Olson
          A. Max Olson

Shin-Marunouchi Building, 29th Floor
5-1, Marunouchi 1-Chome
Chiyoda-ku, Tokyo 100-6529
Japan
Telephone: 011-81-3-3214-6522
Facsimile: 011-81-3-3214-6512
AOlson@mofo.com

*Attorneys for Defendant*
*Ricoh Company, Ltd.*

ny-1039247