**MORRISON | FOERSTER**

1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104-0050

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SACRAMENTO, SAN DIEGO,
DENVER, NORTHERN VIRGINIA,
WASHINGTON, D.C.

TOKYO, LONDON, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG

Writer's Direct Contact
212.468.8013
PMartone@mofo.com

6/4/2012

May 22, 2012

**MEMO ENDORSED**

By Hand

Hon. Denise L. Cote
United States District Court Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *Eastman Kodak Company v. Ricoh Company, Ltd.*, Case No. 12-cv-03109

Dear Judge Cote:

    I am principal trial counsel for Ricoh Company, Ltd. ("Ricoh") in the above-captioned matter. I am writing to request an adjournment of the initial pretrial conference. The conference is currently scheduled for 10 a.m., August 10, 2012 pursuant to the Notice of Initial Pretrial Conference ("Notice") signed May 7, 2012 and entered May 8, 2012 [D.I. 4]. Ricoh is requesting an adjournment of the conference to August 31, at a time convenient to the Court. Eastman Kodak Company ("Kodak") consents to this adjournment. No party has previously requested any adjournment or extension of time with respect to this conference.

    Because I am principal trial counsel for Ricoh, I must attend the initial pretrial conference. Prior to receiving the Court's Notice, I made hotel and airline reservations for a combined business and vacation trip to Germany and the U.K. from August 7 to August 16, 2012. I conferred with counsel for Kodak about the possibility of an adjournment of the conference until August 24, 2012. Kodak is unavailable on August 24, 2012 but has consented to an adjournment until August 31, 2012.

*The conference is adjourned to August 31 at 9:30 am.*

*Denise Cote*
*June 4, 2012*

ny-1041767

MORRISON | FOERSTER

Judge Cote
May 22, 2012
Page Two

In light of the above, Ricoh respectfully requests that the Court adjourn the initial pretrial conference until August 31, 2012, at the time that is most convenient for the Court.

Respectfully submitted,

*Patricia A. Martone*
Patricia A. Martone
Counsel for Ricoh Company, Ltd.

cc: Robert J. Gunther, Jr.
Michael J. Summersgill
Daniel M. Esrick
Marissa Lalli

Counsel for Eastman Kodak Company

(via email)

ny-1041767