UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EASTMAN KODAK COMPANY

          Plaintiff,

- against –

RICOH COMPANY, LTD.

          Defendant.

12 cv 3109 (DLC)

MOTION FOR ADMISSION PRO HAC VICE

ECF CASE

OFFICE COPY
RECEIVED
JUN 07 2012
U.S.D.C. S.D.N.Y.
CASHIERS

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I  Daniel M. Esrick , hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for  Eastman Kodak Company  in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of  Massachusetts  and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: May 22, 2012

          Respectfully Submitted,

          _____
          Applicant Signature

          Applicant's Name:  Daniel M. Esrick

          Firm Name:  WilmerHale LLP

          Address:  60 State St.

          City/State/Zip:  Boston, Massachusetts 02109

          Telephone/Fax:  617-526-6529(t), 617-526-5000(f)

          E-Mail: Daniel.Esrick@wilmerhale.com

ACTIVEUS 95983665v1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EASTMAN KODAK COMPANY

                Plaintiff,

- against –

RICOH COMPANY, LTD.

                Defendant.

12 cv 3109 (DLC)

**ORDER FOR ADMISSION
PRO HAC VICE**

ECF CASE

    The motion of ___Daniel M. Esrick___, for admission to practice Pro Hac Vice in the above captioned action is granted.

    Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of ___Massachusetts___; and that his/her contact information is as follows (please print):

    Applicant's Name: Daniel M. Esrick

    Firm Name: WilmerHale LLP

    Address: 60 State St.

    City/State/Zip: Boston, Massachusetts 02109

    Telephone/Fax: 617-526-6529(t), 617-526-5000(f)

    Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for ___Eastman Kodak Company___ in the above entitled action;

    **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at <u>apply for an ECF PASSWORD</u>.

Dated: _____

                                                      _____
                                                      United States District/Magistrate Judge

ACTIVEUS 95984217v1

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **seventeenth** day of **January** A.D. **2001**, said Court being the highest Court of Record in said Commonwealth:

**Daniel Michael Esrick**

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **eighteenth** day of **May** in the year of our Lord **two thousand and twelve**.

MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EASTMAN KODAK COMPANY,

                Plaintiff,

v.                                   Civil. Action No. 12-CV-3109 (DLC)

RICOH COMPANY, LTD                 **CERTIFICATE OF SERVICE**

                Defendant.

     I, Saverino Mercadante, hereby certify that on June 6, 2012, I served a true and correct copy of the foregoing Motion to Admit Counsel Pro Hac and supporting papers, as follows:

**Overnight Mail**
Patricia A. Martone
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
(212) 468-8000
Dated: April 20, 2012


Dated: June 6, 2012

                                                   Saverino Mercadante