UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EASTMAN KODAK COMPANY

                    Plaintiff,

    - against –

RICOH COMPANY, LTD.

                    Defendant.

12 cv 3109 (DLC)

**MOTION FOR ADMISSION
PRO HAC VICE**

ECF CASE

OFFICE COPY

RECEIVED
JUN 07 2012
U.S.D.C. S.D. N.Y.
CASHIERS

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and

Eastern Districts of New York, I _____Marissa Lalli_____, hereby

move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for

_Eastman Kodak Company_____ in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of _Massachusetts_____ and there

are no pending disciplinary proceedings against me in any state or federal court.

Dated: 5/4/12

                                        Respectfully Submitted,

                                        _Marissa Lalli_____
                                        Applicant Signature

                                        Applicant's Name: Marissa Lalli_____

                                        Firm Name:  WilmerHale LLP_____

                                        Address:  60 State St._____

                                        City/State/Zip:  Boston, Massachusetts 02109

                                        Telephone/Fax: 617-526-6301(t), 617-526-5000(f)

                                        E-Mail:  Marissa.Lalli@wilmerhale.com____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EASTMAN KODAK COMPANY

                                    Plaintiff,                    12 cv 3109 (DLC)

            - against –                              **ORDER FOR ADMISSION
                                                        PRO HAC VICE**
RICOH COMPANY, LTD.
                                                         ECF CASE
                                    Defendant.

The motion of _____Marissa Lalli_____, for admission to practice Pro

Hac Vice in the above captioned action is granted.

        Applicant has declared that he/she is a member in good standing of the bar(s) of the

state(s) of _____Massachusetts_____; and that his/her contact information is

as follows (please print):

        Applicant's Name: _Marissa Lalli_____

        Firm Name: _WilmerHale LLP_____

        Address: _60 State St._____

        City/State/Zip: _Boston, Massachusetts 02109_____

        Telephone/Fax: _617-526-6301(t), 617-526-5000(f)_

        Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel

for _Eastman Kodak Company_____ in the above entitled action;

        **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the

above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including

the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case

Filing (ECF) system, counsel shall immediately apply for an ECF password at apply for an

ECF PASSWORD.

Dated: _____            _____
                                         United States District/Magistrate Judge

ACTIVEUS 95984086v1

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

———————

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **sixteenth** day of . **November** A.D. **2011** , said Court being the highest Court of Record in said Commonwealth:

## Marissa Lalli

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **tenth** day of **May** in the year of our Lord **two thousand and twelve.**

MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

EASTMAN KODAK COMPANY,

          Plaintiff,

v.

RICOH COMPANY, LTD

          Defendant.

Civil. Action No. 12-CV-3109 (DLC)

**CERTIFICATE OF SERVICE**

       I, Saverino Mercadante, hereby certify that on June 6, 2012, I served a true and correct copy of the foregoing Motion to Admit Counsel Pro Hac and supporting papers, as follows:

**Overnight Mail**
Patricia A. Martone
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
(212) 468-8000
Dated: April 20, 2012


Dated: June 6, 2012

                                 Saverino Mercadante