UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EASTMAN KODAK COMPANY

                Plaintiff,

   – against –

RICOH COMPANY, LTD.

                Defendant.

12 cv 3109 (DLC)

**MOTION FOR ADMISSION PRO HAC VICE**

ECF CASE

*OFFICE COPY* — RECEIVED JUN 07 2012 U.S.D.C. S.D.N.Y. CASHIERS

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I __Michael J. Summersgill__, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for __Eastman Kodak Company__ in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of __Massachusetts__ and there are no pending disciplinary proceedings against me in any state or federal court.

Dated:

Respectfully Submitted,

_____
Applicant Signature

Applicant's Name: __Michael J. Summersgill__

Firm Name: __WilmerHale LLP__

Address: __60 State St.__

City/State/Zip: __Boston, Massachusetts 02109__

Telephone/Fax: __617-526-6261(t), 617-526-5000(f)__

E-Mail: __Michael.Summersgill@wilmerhale.com__

ACTIVEUS 95983552v1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EASTMAN KODAK COMPANY

                Plaintiff,           12 cv 3109 (DLC)

  - against –                    **ORDER FOR ADMISSION PRO HAC VICE**

RICOH COMPANY, LTD.

                                          ECF CASE

                Defendant.

    The motion of __Michael J. Summersgill__, for admission to practice Pro Hac Vice in the above captioned action is granted.

    Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of __Massachusetts__; and that his/her contact information is as follows (please print):

    Applicant's Name: Michael J. Summersgill

    Firm Name: WilmerHale LLP

    Address: 60 State Street

    City/State/Zip: Boston, Massachusetts 02109

    Telephone/Fax: 617-526-6261(tel), 617-526-5000(fax)

    Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for __Eastman Kodak Company__ in the above entitled action;

    **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at apply for an ECF PASSWORD.

Dated: _____

                                              United States District/Magistrate Judge

ACTIVEUS 95984162v1

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **twentieth** day of **December** A.D. **1996**, said Court being the highest Court of Record in said Commonwealth:

**Michael Summersgill**

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **first** day of **June** in the year of our Lord **two thousand and twelve**.

MAURA S. DOYLE, Clerk

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASTMAN KODAK COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>RICOH COMPANY, LTD<br><br>Defendant. | Civil. Action No. 12-CV-3109 (DLC)<br><br>**CERTIFICATE OF SERVICE** |

    I, Saverino Mercadante, hereby certify that on June 6, 2012, I served a true and correct copy of the foregoing Motion to Admit Counsel Pro Hac and supporting papers, as follows:

**Overnight Mail**
Patricia A. Martone
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
(212) 468-8000
Dated: April 20, 2012

Dated: June 6, 2012

_____
Saverino Mercadante