UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

6/11/2012
DOC # 12

JUN 07 2012

EASTMAN KODAK COMPANY

           Plaintiff,

- against –

RICOH COMPANY, LTD.

           Defendant.

12 cv 3109 (DLC)

**MOTION FOR ADMISSION PRO HAC VICE**

ECF CASE

**MEMO ENDORSED**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I _Daniel M. Esrick_, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for _Eastman Kodak Company_ in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of _Massachusetts_ and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: May 22, 2012

Respectfully Submitted,

_/s/ Daniel M. Esrick_

Applicant Signature

Applicant's Name: Daniel M. Esrick

Firm Name: WilmerHale LLP

Address: 60 State St.

City/State/Zip: Boston, Massachusetts 02109

Telephone/Fax: 617-526-6529(t), 617-526-5000(f)

E-Mail: Daniel.Esrick@wilmerhale.com

ACTIVEUS 95983665v1