UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOC # _13_

EASTMAN KODAK COMPANY

       Plaintiff,

   - against –

RICOH COMPANY, LTD.

       Defendant.

12 cv 3109 (DLC)

6/11/2012

**MOTION FOR ADMISSION
PRO HAC VICE**

ECF CASE

**MEMO ENDORSED**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and

Eastern Districts of New York, I _____Marissa Lalli_____, hereby

move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for

_Eastman Kodak Company_ in the above-captioned action.

   I am in good standing of the bar(s) of the state(s) of _Massachusetts_ and there

are no pending disciplinary proceedings against me in any state or federal court.

Dated: 5/4/12

           Respectfully Submitted,

           _Marissa Lalli_
           Applicant Signature

           Applicant's Name: _Marissa Lalli_

           Firm Name: _WilmerHale LLP_

           Address: _60 State St._

           City/State/Zip: _Boston, Massachusetts 02109_

           Telephone/Fax: _617-526-6301(t), 617-526-5000(f)_

           E-Mail: _Marissa.Lalli@wilmerhale.com_

ACTIVEUS 95982960v1