**MEMO ENDORSED**

DOC # 14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUN 07 2012

EASTMAN KODAK COMPANY

          Plaintiff,

- against –

RICOH COMPANY, LTD.

          Defendant.

12 cv 3109 (DLC)

**MOTION FOR ADMISSION PRO HAC VICE**

ECF CASE

6/11/2012

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I __Michael J. Summersgill__, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for __Eastman Kodak Company__ in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of __Massachusetts__ and there are no pending disciplinary proceedings against me in any state or federal court.

Dated:

*Granted. June 11, 2012* [handwritten endorsement with signature]

Respectfully Submitted,

_____
Applicant Signature

Applicant's Name: Michael J. Summersgill

Firm Name: WilmerHale LLP

Address: 60 State St.

City/State/Zip: Boston, Massachusetts 02109

Telephone/Fax: 617-526-6261(t), 617-526-5000(f)

E-Mail: Michael.Summersgill@wilmerhale.com

ACTIVEUS 95983552v1