UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

Eastman Kodak Company           Plaintiff,         Case No.  12-cv-3109

     -against-

Ricoh Company, Ltd.             Defendant.

------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

_____Robert J. Gunther, Jr._____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: RG6655          My State Bar Number is  1967652

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW),  address, telephone number and fax number):

OLD FIRM:    FIRM NAME:  Wilmer Cutler Pickering Hale and Dorr LLP
                      FIRM ADDRESS:  399 Park Avenue New York, NY 10022
                      FIRM TELEPHONE NUMBER: 212-230-8800
                      FIRM FAX NUMBER: 212-230-8888

NEW FIRM:    FIRM NAME:  Wilmer Cutler Pickering Hale and Dorr LLP
                      FIRM ADDRESS:  7 World Trade Center, New York, NY 10007
                      FIRM TELEPHONE NUMBER: 212-230-8800
                      FIRM FAX NUMBER: 212-230-8888

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance was entered on _____ by Judge_____.

Dated:  July 16, 2012                    s/ Robert J. Gunther, Jr.
                                                ATTORNEY'S SIGNATURE