UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASTMAN KODAK COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>RICOH COMPANY, LTD.<br><br>    Defendant. | Case No. 12-CV-3109-DLC |

### PLAINTIFF EASTMAN KODAK COMPANY'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a), Plaintiff Eastman Kodak Company discloses that it has no parent corporation, and no single public company owns or controls more than ten percent of its stock.

Respectfully submitted,

Dated: July 16, 2012              /s/ Daniel M. Esrick
                                  Robert J. Gunther, Jr.
                                  WILMER CUTLER PICKERING HALE & DORR, LLP
                                  7 World Trade Center
                                  250 Greenwich Street
                                  New York, New York 10007
                                  Tel: (212) 230-8800
                                  Fax: (212) 230-8888
                                  robert.gunther@wilmerhale.com

                                  Michael J. Summersgill (Admitted *Pro Hac Vice*)
                                  Daniel M. Esrick  (Admitted *Pro Hac Vice*)
                                  Marissa A. Lalli  (Admitted *Pro Hac Vice*)
                                  WILMER CUTLER PICKERING HALE & DORR, LLP
                                  60 State Street
                                  Boston, Massachusetts 02109
                                  Tel: (617) 526-6000
                                  Fax: (617) 526-5000

                                  *Attorneys for Eastman Kodak Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of July, 2012, I electronically filed the foregoing Rule 7.1 Corporate Disclosure Statement with the Clerk of the District Court using the CM/ECF system, which sent a notification of filing to all attorneys of record.

By: /s/ Daniel M. Esrick