```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
EASTMAN KODAK COMPANY,                   :
                        Plaintiff,       :
                                         :    12 Civ. 3109 (DLC) (GWG)
            -v-                          :
                                         :        ORDER OF
RICOH COMPANY, LTD.,                     :     REFERENCE TO A
                                         :    MAGISTRATE JUDGE
                        Defendant.       :
                                         :
----------------------------------------X
```

DENISE COTE, District Judge:

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute | ___ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: | ___ | Habeas Corpus |
| X | Settlement | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: |

SO ORDERED:

Dated:  New York, New York
        September 13, 2012

                                      /s/ Denise Cote
                                    _____
                                            DENISE COTE
                                    United States District Judge