UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x
:
EASTMAN KODAK COMPANY, :
:
                Plaintiff, : Case No. 12-cv-3109 (DLC) (GWG)
:
      v. :
:
RICOH COMPANY, LTD. :
:
                Defendant. :
:
:
:
------------------------------------------------------------------- x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jarod G. Taylor from the firm of Morrison & Foerster LLP hereby appears as counsel for Defendant Ricoh Company, Ltd. in this action.

Dated: New York, New York
        September 24, 2012

MORRISON & FOERSTER LLP

By:      /s/ Jarod G. Taylor\_\_\_\_
        Jarod G. Taylor

1290 Avenue of the Americas
New York, New York  10104
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900
JarodTaylor@mofo.com

*Attorneys for Defendant*
*Ricoh Company, Ltd.*

ny-1059201