UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
:
EASTMAN KODAK COMPANY, :
:
               Plaintiff, : Case No. 12-cv-3109 (DLC)
:
     v. :
:
RICOH COMPANY, LTD. :
:
              Defendant. :
:
---------------------------------------------------------------- x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Benjamin Smiley from the firm of Morrison & Foerster LLP hereby appears as counsel of record for Defendant Ricoh Company, Ltd. in this action.


Dated: New York, New York     MORRISON & FOERSTER LLP
       November 30, 2012

                                      By:  /s/ Benjamin Smiley
                                          Benjamin Smiley

                                    1290 Avenue of the Americas
                                    New York, New York  10104
                                    Telephone:  (212) 468-8000
                                    Facsimile:  (212) 468-7900
                                    BSmiley@mofo.com

                                    *Attorneys for Defendant*
                                    *Ricoh Company, Ltd.*

ny-1067870