UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/12
```

| | |
|---|---|
| EASTMAN KODAK COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RICOH COMPANY, LTD. ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 12-CV-3109 (DLC) |

## [PROPOSED] ORDER FOR COMMISSION FOR DEPOSITIONS IN JAPAN

### TO ANY CONSUL OR VICE CONSUL OF THE UNITED STATES EMBASSY, TOKYO, JAPAN

Upon application of Plaintiff Eastman Kodak Company ("Kodak") and Defendant Ricoh Company, Ltd. ("Ricoh") and pursuant to Article 17 of the United States – Japan Consular Convention, it is hereby

ORDERED that the depositions on notice of the following witnesses, as well as other fact or corporate representatives of Ricoh or Kodak that may be identified, all of whom will appear voluntarily, be taken, and the marking of any documentary exhibits in connection therewith be completed, at the U.S. Embassy in Tokyo Japan:

    Kiyoshi Kawano

    Toshiyuki Kitazawa

    Ko Torigoe

    Kazumichi Eguchi

    Shinobu Fujiki

    Toshitaka Koike

    Eisaku Nagaishi

    Takashi Shinoda

    Atsuzo Tomii

    Fumio Urano

    Akihiro Arai

    Tohru Ushida

    Masataka Tsuruta

    Yusuke Kojima

    Yasushi Ide

Pursuant to Federal Rule of Civil Procedure 28(b)(1)(D), any Consul or Vice Consul of the United States at Tokyo, Japan is hereby commissioned to administer any necessary oath and allow the taking of testimony from the witnesses.

It is further ORDERED that the depositions of these individuals/representatives commence on or about January 22, 2012 at 8:30 AM, and continue from day to day until on or about February 1, 2012 at 5:00 PM, and again commence on or about February 19, 2012 at 8:30 AM and continue from day to day until on or about March 8, 2012 at 5:00 PM.

Counsel for Kodak who may participate in said depositions are:

    Michael J. Summersgill
    Daniel M. Esrick
    Marissa A. Lalli
    WILMER CUTLER PICKERING HALE & DORR LLP
    60 State Street
    Boston, Massachusetts 02109
    Tel: (617) 526-6000
    Fax: (617) 526-5000
    michael.summersgill@wilmerhale.com
    daniel.esrick@wilmerhale.com
    marissa.lalli@wilmerhale.com

Arianna Evers
WILMER CUTLER PICKERING HALE & DORR LLP
1875 Pennsylvania Ave. NW
Washington, D.C. 20006
Tel: (202) 663-6122
Fax: (202) 663-5414
arianna.evers@wilmerhale.com

Counsel for Ricoh who may participate in said depositions are:

Patricia A. Martone
Jayson Leonard Cohen
Jarod G. Taylor
Benjamin Smiley
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
(212) 468-8000
pmartone@mofo.com
jcohen@mofo.com
jarodtaylor@mofo.com
bsmiley@mofo.com

A. Max Olson
Yukiko Horiguchi
Morrison & Foerster LLP
Shin – Marunouchi Bldg 29th Fl
1-5-1 Marunouchi, Chiyoda-ku
Tokyo 100-6529
JAPAN
(81) 3214-6522
aolson@mofo.com
yhoriguchi@mofo.com

Peter Stern
Morrison & Foerster LLP
425 Market Street
San Francisco, California 94105-2482
(415) 268-6250
pstern@mofo.com

The proceedings will be reported and/or videotaped by Karen Claire Young , Cynthia Renee Ott, Robert Vance Short, Leslie Anne Todd, Susan Dena Wasilewski, Melanie Louise

Giamarco, Deborah Ruth Marshall, Lisa A. Knight, Tracy LoCastro, James Vernon Beasley, Jodi Beth Harmon and/or Peter Au with Planet Depos-American Realtime Court Reporters. Jared Taylor and/or Toyu Yazaki will act as interpreter or check-interpreter on behalf of Kodak, and Naomi Tsuji, Grace Liu, and/or Hanako Kaku will act as interpreter or check-interpreter on behalf of Ricoh. Additionally, the following individuals may provide support services to Ricoh during the depositions: Chiharu Tsuyukubo; Michiko Nagahari; and Kumiko Tanaka. Moreover, the following Ricoh employees may attend the depositions as appropriate under the Protective Order in this action: Yukihiro Kajita; Teruhiro Tadokoro; Hideyuki Nakayama; and Reika Kaneko.

Please cause the testimony of said witnesses to be recorded by video and reduced to writing; the deposition signed by said witnesses; said deposition testimony to be annexed to your Commission and closed under your seal; and these materials to be returned to this Court with all convenient speed. Alternatively, the parties may agree in writing to have the transcripts prepared and distributed among the parties by the court reporter without further Consulate or judicial involvement.

SO ORDERED.

DATED: December 18, 2012

_____
The Honorable Denise L. Cote
United States District Judge