UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/11/13

| | |
|---|---|
| EASTMAN KODAK COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RICOH COMPANY, LTD. ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 1:12-CV-03109 (DLC) |

### JOINT STIPULATION FOR COMMISSION FOR DEPOSITIONS IN JAPAN

Plaintiff Eastman Kodak Company ("Kodak") and Defendant Ricoh Company, Ltd. ("Ricoh") respectfully request that the Court issue a Commission pursuant to which the depositions of the witnesses listed below, as well other fact witnesses or corporate representatives of the parties that may be identified, shall take place at the United States Embassy in Tokyo, Japan, on or about February 19, 2013 through on or about March 8, 2013. The witnesses are appearing voluntarily for deposition pursuant to the terms of an agreement reached between the parties.

The parties request that the Court sign and affix its seal to the Commission for Deposition in Japan, attached hereto as Exhibit A, because the depositions of these witnesses will not be able to proceed without such a Commission.

Witnesses who may be Deposed:

Kazuya Taniguchi

Kiyoshi Kawano

ActiveUS 104038502v.2

Toshiyuki Kitazawa

Ko Torigoe

Kazumichi Eguchi

Shinobu Fujiki

Toshitaka Koike

Eisaku Nagaishi

Takashi Shinoda

Atsuzo Tomii

Fumio Urano

Akihiro Arai

Tohru Ushida

Masataka Tsuruta

Yusuke Kojima

Yasushi Ide

So ordered.

*/s/ Denise Cote*
2/11/13

Dated: February 11, 2013

| | |
|---|---|
| /s/ Jayson L. Cohen | /s/ Daniel M. Esrick |
| | |
| Patricia A. Martone | Robert J. Gunther, Jr. |
| Jayson L. Cohen | WILMER CUTLER PICKERING HALE & |
| Jarod G. Taylor | DORR LLP |
| Benjamin Smiley | 7 World Trade Center |
| Morrison & Foerster LLP | 250 Greenwich Street |
| 1290 Avenue of the Americas | New York, NY 10007 |
| New York, NY 10104 | Tel: (212) 230-8800 |
| (212) 468-8000 | Fax:(212)230-8888 |
| pmartone@mofo.com | robert.gunther@wilmerhale.com |
| jcohen@mofo.com | |
| jarodtaylor@mofo.com | Michael J. Summersgill (admitted pro hac vice) |
| bsmiley@mofo.com | Daniel M. Esrick (admitted pro hac vice) |
| | Marissa A. Lalli (admitted pro hac vice) |
| A. Max Olson | WILMER CUTLER PICKERING HALE & |
| Morrison & Foerster LLP | DORR LLP |
| Shin – Marunouchi Bldg 29th Fl | 60 State Street |
| 1-5-1 Marunouchi, Chiyoda-ku | Boston, Massachusetts 02109 |
| Tokyo 100-6529 | Tel: (617) 526-6000 |
| JAPAN | Fax: (617) 526-5000 |
| (81) 3214-6522 | michael.summersgill@wilmerhale.com |
| aolson@mofo.com | daniel.esrick@wilmerhale.com |
| | marissa.lalli@wilmerhale.com |
| *Attorneys for Ricoh Company, Ltd.* | |
| | *Attorneys for Eastman Kodak Company* |