UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
EASTMAN KODAK COMPANY,

               Plaintiff,

v.

RICOH COMPANY, LTD.

               Defendant.
-----------------------------------------------------------------x

Case No. 12-cv-3109 (DLC)

ECF Case

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that Kyle Mooney from the firm of Morrison & Foerster LLP hereby appears as additional counsel of record for Defendant Ricoh Company, Ltd. in this action.

Dated: New York, New York
       March 18, 2013

MORRISON & FOERSTER LLP

By:   /s/ Kyle Mooney
       Kyle Mooney
       1290 Avenue of the Americas
       New York, NY  10104-0050
       Tel.: 212.468.8000
       Fax: 212.468.7900
       KMooney@mofo.com

*Attorneys for Defendant*
*Ricoh Company, Ltd.*

ny-1081194