UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————

EASTMAN KODAK COMPANY,

        Plaintiff,

-against-

RICOH COMPANY, LTD.,

        Defendant.

———————————————————————

Civil Action No. 1:12-CV-03109 (DLC) (GWG)

### Stipulated Agreement on (1) Testimony from Thomas Anderson, Heidi Martinez, and Harry Deffebach and (2) Scheduling of Deposition of William Troner and Motions for Summary Judgment

1.    This Stipulated Agreement on (1) Testimony from Thomas Anderson, Heidi Martinez, and Harry Deffebach and (2) Scheduling of Deposition of William Troner and Motions for Summary Judgment (the "Agreement") is effective as of April 17, 2013 by and between Eastman Kodak Company, a New Jersey corporation having its principal office at 343 State Street, Rochester, New York 14650 ("Kodak"), through its counsel WilmerHale LLP, and Ricoh Company, Ltd., a Japanese corporation having its principal office at 8-13-3 Ginza, Tokyo, 104-8222 Chuo-ku, Japan ("Ricoh"), through its counsel Morrison & Foerster LLP.

2.    Kodak agrees that it will not depose Thomas Anderson of Hickey Secrest and Emery LLP, 1600 Bausch and Lomb Place, Rochester, New York 14604; Heidi Martinez of Ward Greenberg Heller & Reidy LLP, 300 State St # 6, Rochester, NY 14614; or Harry Deffebach, 1101 River Road, Melbourne Beach, FL 32951; or call any of those individuals to testify at trial in the civil action <u>Eastman Kodak Company v. Ricoh Company, Ltd.</u>, No. 1:12-cv-03109-DLC-GWG (S.D.N.Y.) (the "Action"). Kodak further agrees that it will not submit during the course of this Action any declaration or affidavit reflecting the sworn statements or testimony of any of those three individuals generated for any purpose.

3.    Ricoh hereby withdraws its subpoena of Thomas Anderson dated April 3, 2013; its subpoena of Heidi Martinez dated April 3, 2013; and its subpoena of Harry Deffebach dated April 2, 2013, and agrees not to depose any of Thomas Anderson, Heidi Martinez, and/or Harry Deffebach in the Action, on the express condition and with the understanding that Kodak agrees to the terms set forth in Paragraph 2 of this Agreement.

4.    Ricoh and Kodak agree that Ricoh may depose William Troner, 2114 N. Riverside Dr., Indialantic, FL 32903, on or before May 2, 2013. Kodak agrees not to object to the deposition of William Troner on the ground that the deposition was conducted or is to be conducted after April 26, 2013. Kodak further agrees not to object to the introduction into evidence of Ricoh's

designations from or any other use of William Troner's deposition transcript in the Action on the ground that the deposition was conducted or is to be conducted after April 26, 2013.

5.     With the understanding that Ricoh intends to take Mr. Troner's deposition on or before May 2, Ricoh and Kodak agree not to move for summary judgment or partial summary judgment in the Action before May 3, 2013. If ATLC makes William Troner available for deposition by Ricoh on May 2, 2013, Ricoh and Kodak further agree not to seek adjournment of any deadline in the Pretrial Scheduling Order, docket document number 24, dated September 13, 2012, or of any deadlines based on the date of filing of a motion for summary judgment, on the basis that Ricoh's deposition of William Troner was conducted or is to be conducted after April 26, 2013.

*So ordered.*

*[signature]*
*April 18, 2013*

2

| | |
|---|---|
| For Plaintiff Eastman Kodak Company: | For Defendant Ricoh Company, Ltd.: |

_/s/ Robert J. Gunther, Jr._
Robert J. Gunther, Jr.
WilmerHale LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Tel: (212) 230-8800
Fax: (212) 230-8888
robert.gunther@wilmerhale.com

Michael J. Summersgill
Jordan L. Hirsch
Daniel M. Esrick
Sarah Beigbeder Petty
Marissa A. Lalli
WilmerHale LLP
60 State Street
Boston, Massachusetts 02109
Tel: (617) 526-6000
Fax: (617) 526-5000

Dated:   April 17, 2013

_/s/ Patricia A. Martone_
Patricia A. Martone
Kyle W.K. Mooney
Jayson L. Cohen
Jarod G. Taylor
Benjamin Smiley
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104-0050
Tel: (212) 468-8000
Fax: (212) 468-7900
PMartone@mofo.com
KMooney@mofo.com
JCohen@mofo.com
JarodTaylor@mofo.com
BSmiley@mofo.com

A. Max Olson
MORRISON & FOERSTER LLP
Shin-Marunouchi Building, 29th Floor
5-1, Marunouchi 1-Chome
Chiyoda-ku, Tokyo 100-6529
Japan
Tel: 011-81-3-3214-6522
Fax: 011-81-3-3214-6512
AOlson@mofo.com

Dated:   April 17, 2013