UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    12 Civ. 3109 (DLC)
EASTMAN KODAK COMPANY,                   :
                        Plaintiff,       :    ORDER
                                         :
            -v-                          :
                                         :
RICOH COMPANY, LTD.,                     :
                                         :
                        Defendant.       :
                                         :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

   On April 26, 2013, Ricoh Company Ltd. submitted three letters to the Court regarding certain discovery disputes the parties are having.  It is hereby

   ORDERED that the parties shall attend a conference on **May 8, 2013** at **1:00 p.m.** in Courtroom 15B of the United States Courthouse, 500 Pearl Street, New York, New York.

   SO ORDERED

Dated:   New York, New York
         April 29, 2013

                              _____
                                      DENISE COTE
                              United States District Judge