```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :     12 Civ. 3109 (DLC)
EASTMAN KODAK COMPANY,                    :
                        Plaintiff,        :          ORDER
                                          :
            -v-                           :
                                          :
RICOH COMPANY, LTD.,                      :
                                          :
                        Defendant.        :
                                          :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

    As set forth at the pretrial conference held on May 8, 2013, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1. The parties are instructed to contact the chambers of Magistrate Judge Gorenstein by the middle of June 2013 in order to pursue settlement discussions under his supervision with respect to the present action, Ricoh's prepetition proof of claim filed in In re Eastman Kodak Company, et al, 12 Bankr. 10202 (ALG), and the adversary proceeding filed in Ricoh Company, Ltd. and Ricoh Americas Corporation v. Eastman Kodak Company, 13 Bankr. 1332 (ALG).

Dated:   New York, New York
         May 9, 2013

                                              DENISE COTE
                           United States District Judge