**quinn emanuel** trial lawyers | washington, dc

1299 Pennsylvania Avenue NW, Suite 825, Washington, District of Columbia 20004-2400 | TEL (202) 538-8000 FAX (202) 538-8100



WRITER'S DIRECT DIAL NO.
(202) 538-8167

WRITER'S INTERNET ADDRESS
davideiseman@quinnemanuel.com

May 28, 2013





5/29/13

Via Electronic Mail

The Honorable Denise L. Cote
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1610
New York, NY 10007-1312

Re: *Eastman Kodak Company v. Ricoh Company, Ltd.*, No. 12-cv-3109 (DLC)

Dear Judge Cote:

On behalf of Defendant Ricoh Company, Ltd., we write to notify the Court that Ricoh has retained Quinn, Emanuel, Urquhart & Sullivan to represent it in this case. We will be replacing the attorneys from Morrison & Foerster, and will be filing notices of appearance concurrently with this letter.

In light of Ricoh's substitution of counsel, Ricoh respectfully requests extensions of the remaining expert discovery deadlines set forth in the Court's September 13, 2012 Pretrial Scheduling Order (Dkt. No. 24) and the summary judgment briefing deadlines set forth in the Court's May 23, 2013 Order (Dkt. No. 57). Ricoh believes that a reasonable extension of those deadlines is warranted to permit Ricoh's new counsel to get up to speed in the case in advance of completing expert discovery and responding to Kodak's recently-filed motion for partial summary judgment (Dkt. No. 55). Ricoh has met and conferred with counsel for Kodak, and Kodak does not oppose the requested extensions.

**quinn emanuel urquhart & sullivan, llp**
LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS

Specifically, Ricoh respectfully requests the following extensions:

(1) <u>Rebuttal expert reports</u>: In its September 13, 2012 Pretrial Scheduling Order, the Court set a deadline of June 7, 2013 for identification of rebuttal experts and disclosure of their expert testimony. Ricoh requests a **30-day** extension of this deadline to **July 8, 2013**.

(2) <u>Expert Discovery Deadline</u>: In its September 13, 2012 Pretrial Scheduling Order, the Court set a deadline of June 28, 2013 for the completion of expert discovery. Ricoh requests a **30-day** extension of this deadline to **July 29, 2013**.

(3) <u>Summary Judgment—Opposition</u>: In its May 23, 2013 Order, the Court set a deadline of June 21, 2013 for Ricoh's opposition to Kodak's motion for partial summary judgment. Ricoh requests a **21-day** extension of this deadline to **July 12, 2013**.

(4) <u>Summary Judgment—Reply to Opposition</u>: In its May 23, 2013 Order, the Court set a deadline of July 12, 2013 for Kodak to reply to Ricoh's opposition. Ricoh requests a **21-day** extension of this deadline to **August 2, 2013**.

No previous request has been make to extend these deadlines and the proposed extensions will not affect any other scheduled deadlines in this case. Accordingly, Ricoh respectfully requests that the Court grant these extensions.

Thank you for Your Honor's consideration of this submission.

Respectfully submitted,

*[signature]*

David Eiseman

cc:   Robert Gunther, Jr.
      Michael Summersgill
      Patricia Martone

*[handwritten: Granted. /s/ Denise Cote May 29, 2013]*