UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x

EASTMAN KODAK COMPANY,

           Plaintiff,

    v.

RICOH COMPANY, LTD.

           Defendant.

-------------------------------------------------------------- x

Case No. 12-cv-3109 (DLC)
(GWG)

*Granted.*
*[signature] Denise Cote*
*May 29, 2013*

**MEMO ENDORSED**

## MOTION FOR WITHDRAWAL AS COUNSEL OF RECORD

    PLEASE TAKE NOTICE that the law firm of Morrison & Foerster LLP, counsel for Defendant Ricoh Company, Ltd. ("Ricoh"), has been notified by Ricoh that Ricoh wishes to replace Morrison & Foerster as its counsel in this action and to be represented going forward by the law firm of Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"). These facts are set forth in the accompanying affidavit of Patricia A. Martone ("Martone Affidavit"). Now that Quinn Emanuel has appeared for Ricoh in this action, Morrison & Foerster respectfully requests that the Court grant leave for Morrison & Foerster, and each of its attorneys who have filed a notice of appearance in this action, to withdraw as counsel for Ricoh in this action.

    This action is in the period for expert discovery, and Kodak has moved for Partial Summary Judgment. Quinn Emmanuel has written to this Court, on Ricoh's behalf, seeking an extension of time with respect to certain related deadlines in this action. This letter is attached to the Martone Affidavit as Exhibit "1".

ny-1092218

Morrison & Foerster is not seeking a retaining or charging lien.

Dated: May 29, 2013  
New York, NY

Respectfully submitted,

MORRISON & FOERSTER LLP

By:   <u>/s/ Patricia Martone</u>  
    Patricia A. Martone  
    Kyle Mooney  
    Jayson L. Cohen  
    Jarod G. Taylor  
    Benjamin Smiley  
    1290 Avenue of the Americas  
    New York, New York 10104  
    Telephone: (212) 468-8000  
    Facsimile: (212) 468-7900

A. Max Olson  
Shin-Marunouchi Building, 29th Floor  
5-1, Marunouchi 1-Chome  
Chiyoda-ku, Tokyo 100-6529  
Telephone: 011-81-3-3214-6522  
Facsimile: 011-81-3-3214-6512

*Attorneys for Defendant*  
*Ricoh Company, Ltd.*

ny-1092218