```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :    12 Civ. 3109 (DLC)
EASTMAN KODAK COMPANY,                  :
                        Plaintiff,      :    ORDER
                                        :
            -v-                         :
                                        :
RICOH COMPANY, LTD.,                    :
                                        :
                        Defendant.      :
                                        :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On May 22, 2013, the plaintiff filed a motion for partial summary judgment. By letter of the same date, the plaintiff proposed redactions to some of the documents in support of its motion and requested to file other supporting documents under seal. On May 23, chambers had a telephone conversation with the parties regarding the appropriate scope of proposed redactions. By letter dated May 31, the parties submitted revised proposed redactions to plaintiff's motion papers. Having reviewed the proposed redactions, it is hereby

ORDERED that the proposed redactions are approved.

IT IS FURTHER ORDERED that the parties shall file under seal the unredacted pages for which the Court has approved redactions.  The plaintiff shall file the redacted versions of the documents on the Electronic Case Filing system.

Dated:   New York, New York
         June 4, 2013

                                   _____
                                          DENISE COTE
                                   United States District Judge