UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASTMAN KODAK COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>RICOH COMPANY, LTD,<br><br>    Defendant. | Civil Action No. 1:12-CV-03109 (DLC)<br><br>**CERTIFICATE OF SERVICE** |

  I, Ryan S. Goldstein, hereby certify that on June 3, 2013, I served a true and correct copy of the foregoing Motion to Admit Counsel Pro Hac and supporting papers, as follows:

**Overnight Mail**
Robert J. Gunther, Jr.
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022
(212) 230-8800

Michael J. Summersgill
Daniel M. Esrick
Marissa Lalli
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000


Dated: June 3, 2013

                /s/ Ryan S. Goldstein
                (attorney's name)