# WILMERHALE

June 20, 2013                    MEMORANDUM

**Michael J. Summersgill**
+1 617 526 6261 (t)
+1 617 526 5000 (f)
michael.summersgill@wilmerhale.com

**By Facsimile – (212) 805-4268**

Honorable Magistrate Judge Gabriel W. Gorenstein
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED 6/21/13

Re: *Eastman Kodak Company v. Ricoh Company, Ltd.*, 12 CV 3109

Dear Judge Gorenstein:

Eastman Kodak Company and Ricoh Company, Ltd. jointly submit this letter pursuant to Paragraph 8 of the Court's Standing Order regarding settlement conferences. The parties spoke with the Deputy Clerk today and understand that the Court initially scheduled a settlement conference in the above-referenced matter for July 15, 2013 at 10:00 am. Ricoh's representatives are located in Japan and are not available to travel to New York for the conference on July 15. Accordingly, the parties respectfully request that the Court continue the settlement conference to July 31, 2013 at 10:00 am. The Deputy Clerk has confirmed that the Court is available for the settlement conference on July 31 at 10:00 am.

Respectfully submitted,

*[signature]*

Michael J. Summersgill

cc:   David Eiseman (by email)
      Philip Charles Sternhell (by email)
      Robert J. Gunther (by email)
      Jordan L. Hirsch (by email)

*Handwritten annotation:* Granted. Submissions due July 25.

SO ORDERED: *[signature]* 6/20/13
GABRIEL W.
UNITED STATES MAGISTRATE JUDGE

Wilmer Cutler Pickering Hale and Dorr LLP, 60 State Street, Boston, Massachusetts 02109
Beijing   Berlin   Boston   Brussels   Frankfurt   London   Los Angeles   New York   Oxford   Palo Alto   Waltham   Washington