```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :   12 Civ. 3109 (DLC)
EASTMAN KODAK COMPANY,                   :
                      Plaintiff,         :          ORDER
                                         :
            -v-                          :
                                         :
RICOH COMPANY, LTD.,                     :
                                         :
                      Defendant.         :
                                         :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

 Between June 13 and June 27, 2013, the parties submitted a series of letters to the Court pertaining to a request by Eastman Kodak Company to preclude Ricoh Company, Ltd. from submitting an expert report from Carl Silverman.  It is hereby

 ORDERED that the parties shall attend a conference on **July 1, 2013 at 9:00 a.m.** in Courtroom 15B of the United States Courthouse, 500 Pearl Street, New York, New York.

 SO ORDERED

Dated: New York, New York
   June 28, 2013

          _____
             DENISE COTE
         United States District Judge