UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :      12 Civ. 3109 (DLC)
EASTMAN KODAK COMPANY,               :
                        Plaintiff,   :          ORDER
                                     :
            -v-                      :
                                     :
RICOH COMPANY, LTD.,                 :
                                     :
                        Defendant.   :
                                     :
                                     :
------------------------------------ X

DENISE COTE, District Judge:

     A conference was held on July 1, 2013, to discuss the

parties' letters pertaining to a request by Eastman Kodak

Company to preclude Ricoh Company, Ltd. from submitting an

expert report from Carl Silverman ("July 1 Conference").

Discussion of the issue raised in the parties' letters was not

concluded during the July 1 Conference.  Accordingly, it is

hereby

     ORDERED that the parties shall attend a conference on **July

9, 2013** at **3:00 P.M.** in Courtroom 15B of the United States

Courthouse, 500 Pearl Street, New York, New York.

     SO ORDERED

Dated:    New York, New York
          July 2, 2013

                              _____
                                      DENISE COTE
                              United States District Judge