**RICOH'S MEMORANDUM IN OPPOSITION TO EASTMAN KODAK COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT THAT RICOH COMPANY, LTD. BREACHED THE PARTIES' PATENT LICENSE AGREEMENT**

**[Subject to Request to File Under Seal]**