**RICOH'S REBUTTAL STATEMENT OF FACTS IN OPPOSITION TO EASTMAN KODAK COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT THAT RICOH COMPANY, LTD. BREACHED THE PARTIES' PATENT LICENSE AGREEMENT**

**[Subject to Request to File Under Seal]**