**DECLARATION OF CARL SILVERMAN IN SUPPORT OF RICOH COMPANY, LTD'S OPPOSITION TO EASTMAN KODAK COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

**[Subject to Request to File Under Seal]**