UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASTMAN KODAK COMPANY,<br><br>                Plaintiff,<br><br>    v.<br><br>RICOH COMPANY, LTD.,<br><br>                Defendant. | **Civil Action No. 1:12-CV-03109 (DLC)** |

**RICOH'S MEMORANDUM IN OPPOSITION TO EASTMAN KODAK COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT THAT RICOH COMPANY, LTD. BREACHED THE PARTIES' PATENT LICENSE AGREEMENT**

**[Subject to Request to File Under Seal]**