UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASTMAN KODAK COMPANY,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>RICOH COMPANY, LTD.,<br><br>　　　　　　　Defendant. | **Civil Action No. 1:12-CV-03109 (DLC)** |

**DECLARATION OF CARL SILVERMAN IN SUPPORT OF
RICOH COMPANY, LTD.'S OPPOSITION TO EASTMAN KODAK
COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

**[Subject to Request to File Under Seal]**