**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| EASTMAN KODAK COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Civil Action No. 1:12-CV-03109** |
| | ) | **(DLC)** |
| RICOH COMPANY, LTD., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**RICOH'S REBUTTAL STATEMENT OF FACTS**
**IN OPPOSITION TO EASTMAN KODAK COMPANY'S MOTION**
**FOR PARTIAL SUMMARY JUDGMENT THAT RICOH COMPANY, LTD.**
**BREACHED THE PARTIES' PATENT LICENSE AGREEMENT**

**[Subject to Request to File Under Seal]**