UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

Eastman Kodak Company      Plaintiff,

Case No. 12-cv-3109 (DLC)

-against-

Ricoh Company, Ltd.      Defendant.
------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

_____David Eiseman_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is:_____ My State Bar Number is __114758_____

I am,

[ ] An attorney
[ ] A Government Agency attorney
[✓] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Quinn Emanuel Urquhart & Sullivan, LLP
            FIRM ADDRESS: 1299 Pennsylvania Ave. NW #825, Washington, DC
            FIRM TELEPHONE NUMBER: (202) 538-8167
            FIRM FAX NUMBER: (202) 538-8100

NEW FIRM:   FIRM NAME: Quinn Emanuel Urquhart & Sullivan, LLP
            FIRM ADDRESS: 50 California St., 22nd Flr., San Francisco, CA 94111
            FIRM TELEPHONE NUMBER: (415) 875-6600
            FIRM FAX NUMBER: (415) 875-6700

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: August 2, 2013

/s/ David Eiseman
ATTORNEY'S SIGNATURE