UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



EASTMAN KODAK COMPANY,

          Plaintiff,

v.

RICOH COMPANY, LTD.,

          Defendant

Case No. 1:12-cv-03109 (DLC)

[Proposed] ORDER GRANTING THE MOTION OF RICOH COMPANY, LTD. TO FILE REDACTED DOCUMENTS AND DOCUMENTS UNDER SEAL

      On July 25, 2013, Defendant Ricoh Company, Ltd., ("Ricoh") submitted a letter to the Court requesting that publicly filed Exhibit 127 to the Pechenik Declaration in Support of Ricoh's Opposition to Kodak's Motion for Summary Judgment (Dkt. No. 93) and publicly filed Exhibit 7 to the Fasano Declaration in Support of Ricoh's Opposition to Kodak's Motion for Summary Judgment (Dkt. No. 92) be removed from the public record and considered for sealing. Kodak has identified these documents as containing Kodak and third-party confidential information and seeks to preserve the confidentiality designations of these documents. Ricoh additionally has identified publicly filed Exhibits 109 and 140 to the Pechenik Declaration in Support of Ricoh's Opposition to Kodak's Motion for Summary Judgment (Dkt. No. 93) as containing confidential information and has proposed redactions to remove said confidential information.

      Kodak and Ricoh seek to remove Exhibits 109, 127, and 140 to the Pechenik Declaration, and Exhibit 7 to the Fasano Declaration, from the public record.

      After reviewing the documents in question, the Court concludes that good cause exists to seal Exhibit 127 to the Pechenik Declaration in Support of Ricoh's Opposition to Kodak's

Motion for Summary Judgment (Dkt. No. 93) and Exhibit 7 to the Fasano Declaration in Support of Ricoh's Opposition to Kodak's Motion for Summary Judgment (Dkt. No. 92) the documents. The Court also concludes that good cause exists to file redacted versions of Exhibits 109 and 140 to the Pechenik Declaration in Support of Ricoh's Opposition to Kodak's Motion for Summary Judgment (Dkt. No. 93).

**SO ORDERED.**

Dated: August 6, 2013

_____
HON. DENISE COTE
United States District Judge