

MEMO ENDORSED

**quinn emanuel** trial lawyers | san francisco

50 California Street, 22nd Floor, San Francisco, California 94111 | TEL (415) 875-6600 FAX (415) 875-6700

WRITER'S DIRECT DIAL NO.
(415) 875-6314

WRITER'S INTERNET ADDRESS
davideiseman@quinnemanuel.com

August 5, 2013

**By Email and Federal Express**

The Honorable Denise L. Cote
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1610
New York, NY 10007-1312

Re:   *Eastman Kodak Company v. Ricoh Company, Ltd.*, No. 12-cv-3109 (DLC)

Dear Judge Cote:

On July 12, 2013, Ricoh Company, Ltd. ("Ricoh") filed its opposition to Kodak's motion for partial summary judgment and on July 25, 2013, Ricoh submitted a letter identifying proposed redactions and exhibits to be sealed. Ricoh submitted an additional letter on August 2, 2013, after speaking with chambers proposing redactions to two documents identified by the Court. Ricoh respectfully submits this letter to propose redactions to Ricoh's Memorandum of Law in Support of its opposition to Kodak's motion for partial summary judgment and Ricoh's Rebuttal Statement of Facts.

After conferring with counsel for Kodak and in connection with Kodak's Reply in support of its motion for summary judgment, Ricoh and Kodak became aware that Ricoh's Memorandum of Law and Rebuttal Statement of Facts contain references to the royalty rate as well as names of Kodak licensees that have been redacted throughout other exhibits and documents. Ricoh seeks permission to publicly file its Memorandum of Law and Rebuttal Statement of Facts with the proposed redactions to cover this confidential information. Both Ricoh and Kodak make efforts to maintain this information as confidential.

Copies of these documents, with proposed redactions highlighted, are being provided to the Court at **TABS 1 and 3**. Clean copies of the pages of the documents that Ricoh seeks to file with redactions are attached at **TABS 2 and 4**.

Thank you for Your Honor's consideration of this submission.

Approved-
*/s/ Denise Cote/*
August 6, 2013

**quinn emanuel urquhart & sullivan, llp**
LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS

Respectfully submitted,

*/s/ David Eiseman*

David Eiseman

Encl.

cc: Robert Gunther, Jr.
    Michael Summersgill