**quinn emanuel** trial lawyers | san francisco

50 California Street, 22nd Floor, San Francisco, California 94111 | TEL (415) 875-6600 FAX (415) 875-6700

WRITER'S DIRECT DIAL NO.
(415) 875-6314

**MEMO ENDORSED**

WRITER'S INTERNET ADDRESS
davideiseman@quinnemanuel.com

August 2, 2013

**By Email and Federal Express**

The Honorable Denise L. Cote
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1610
New York, NY 10007-1312



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 8/6/13

Re:  *Eastman Kodak Company v. Ricoh Company, Ltd.*, No. 12-cv-3109 (DLC)

Dear Judge Cote:

On July 12, 2013, Ricoh Company, Ltd. ("Ricoh") filed its opposition to Kodak's motion for partial summary judgment and on July 25, 2013, Ricoh submitted a letter identifying proposed redactions and exhibits to be sealed. After speaking with chambers, we respectfully submit this letter proposing revised redactions to two documents identified by the Court.

Kodak and Ricoh understand that the sealing and redaction requests identified in Ricoh's letter of July 25, 2013, have been approved with the exception of the documents discussed here.

Ricoh seeks permission to publicly file two redacted exhibits which contain Ricoh Confidential or Highly Confidential information or Kodak Confidential or Highly Confidential information. Exhibit 148, previously identified as Tab 63, contains Ricoh Confidential or Highly Confidential information that is not public and that Ricoh makes efforts to maintain as confidential. Were such information to be made public, it could be used to Ricoh's competitive and business disadvantage. Similarly, the Declaration Of Carl Silverman In Support Of Ricoh Company, Ltd.'s Opposition To Eastman Kodak Company's Motion For Partial Summary Judgment, at Docket No. 96 and previously identified as Tab 65, contains Kodak Confidential or Highly Confidential information. To protect this confidential information, Ricoh respectfully requests that the Court allow it to file redacted versions of these documents. In accordance with the Court's instructions, the parties have made efforts to redact the minimum necessary to protect their sensitive information.

Copies of these documents, with proposed redactions highlighted, are being provided to the Court at **TABS 1-4**. Clean copies of the pages of the documents that Ricoh seeks to file with redactions are

interlineated therein. With respect to the Silverman Declaration, at Tabs 3-4, Ricoh has included only the pages identified by the Court as needing revision.

We also attach, in Word and pdf form, a proposed order sealing two documents previously filed (Exhibit 127 to the Pechenik Declaration at Dkt. No. 93 and Exhibit 7 to the Fasano Declaration at Dkt. No. 92) and removing two documents (Exhibits 109 and 140 to the Pechenik Declaration) from the public record for which we understand that redactions have been approved.

Thank you for Your Honor's consideration of this submission.

Respectfully submitted,

David Eiseman

Encl.

cc:   Robert Gunther, Jr.
      Michael Summersgill

Approved.

*[signature]*
August 6, 2013