UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
EASTMAN KODAK COMPANY,

                     Plaintiff,      :  12 Civ. 3109 (DLC) (GWG)

           -v-

RICOH COMPANY, LTD.,             ORDER OF REFERENCE TO A MAGISTRATE JUDGE

                    Defendant.
----------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY [FILED]
8/9/13

DENISE COTE, District Judge:

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___ Specific Non-Dispositive Motion/Dispute

___ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose:

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:

___ Habeas Corpus

_X_ Settlement

___ Social Security

___ Inquest After Default/Damages Hearing

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion:

SO ORDERED:
Dated:   New York, New York
         August 9, 2013

                                    DENISE COTE
                        United States District Judge