





# WILMERHALE

August 9, 2013

**Robert J. Gunther, Jr.**
+1 212 230 8830 (t)
+1 212 230 8888 (f)
robert.gunther@wilmerhale.com

**By Email and Hand Delivery**

Honorable Denise L. Cote
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *Eastman Kodak Company v. Ricoh Company, Ltd.*, 12-cv-3109

Dear Judge Cote:

On August 2, 2013, Kodak filed a reply in support of its motion for partial summary judgment. Kodak also filed with the Court a motion to provisionally seal or redact certain exhibits because Ricoh had marked several of the cited exhibits as confidential. Kodak has since met and conferred with Ricoh to determine whether Ricoh would withdraw or maintain these confidentiality claims. Kodak now respectfully submits this letter seeking permission to file five exhibits with redactions and one exhibit under seal. Kodak also requests permission to publicly file versions of its Reply Memorandum of Law and Reply to Ricoh's Alleged "Additional Facts" with confidential information from these exhibits redacted.

**Kodak Requests Permission to File Five Exhibits Containing Ricoh Confidential Information and Kodak Confidential Information with Redactions.**

Kodak seeks permission to publicly file five redacted exhibits, which contain Ricoh Confidential or Highly Confidential information or Kodak Confidential or Highly Confidential information. Pursuant to the Court's instructions, the parties have limited these redactions to particular numbers and names, such as confidential royalty rates, sales information, and the identity of third-party licensees.

- A copy of Exhibit 34, an April 4, 2002 Email from Hiroshi Saji of Ricoh to Sus Cho of Kodak, with proposed redactions highlighted is enclosed at TAB 1. Clean copies of the pages of Exhibit 34 that Kodak seeks to file with redactions are enclosed at TAB 2.
- A copy of Exhibit 41, Excerpts from the Expert Report of Brian C. Becker, Phd., with proposed redactions highlighted is enclosed at TAB 3. Clean copies of the pages of Exhibit 41 that Kodak seeks to file with redactions are enclosed at TAB 4.
- A copy of Exhibit 42, Excerpts from the Expert Report of Vincent A. Thomas, CPA/ABV/CFF, CVA, with proposed redactions highlighted is enclosed at TAB 5. Clean copies of the pages of Exhibit 42 that Kodak seeks to file with redactions are enclosed at TAB 6.

WILMERHALE

August 9, 2013
Page 2

- A copy of Exhibit 45, 2002 Meeting Minutes, with proposed redactions highlighted is enclosed at TAB 7. Clean copies of the pages of Exhibit 45 that Kodak seeks to file with redactions are enclosed at TAB 8.
- A copy of Exhibit 47, Meeting Minutes from a December 2004 Planning Committee Meeting, with proposed redactions highlighted is enclosed at TAB 9. Clean copies of the pages of Exhibit 47 that Kodak seeks to file with redactions are enclosed at TAB 10.

**Kodak Requests Permission to File Under Seal One Exhibit Containing Kodak Highly Confidential Information**

Kodak respectfully requests the Court to permit it to file under seal Exhibit 46, a Kodak CCD MOR Planning and Strategy Meeting presentation from March 12, 1999 (KOD-RIC034780). This document contains highly confidential Kodak sales figures and business strategy.

A copy of this document is attached to this letter at TAB 11.

**Kodak Seeks to File Redacted Versions of its Reply Brief and Reply to Ricoh's Alleged "Additional Facts"**

Kodak seeks permission to publicly file versions of its Reply Memorandum of Law and Reply to Ricoh's Alleged "Additional Facts" with the confidential information described above redacted.

A copy of Kodak's Reply Memorandum of Law with proposed redactions highlighted is enclosed at TAB 12. Clean copies of the redacted pages of Kodak's Reply Memorandum of Law are enclosed at TAB 13.

A copy of Kodak's Reply to Ricoh's Alleged "Additional Facts" with proposed redactions highlighted is enclosed at TAB 14. Clean copies of the redacted pages of Kodak's Reply to Ricoh's Alleged "Additional Facts" are enclosed at TAB 15.

Respectfully submitted,

*/s/ Robert J. Gunther*
Robert J. Gunther, Jr.

Granted.
*/s/ Denise Cote*
8/9/13

Enc.

cc:   David Eiseman, Esq.
      Philip Sternhell, Esq.