**quinn emanuel** trial lawyers | san francisco

50 California Street, 22nd Floor, San Francisco, California 94111 | TEL (415) 875-6600 FAX (415) 875-6700

WRITER'S DIRECT DIAL NO.
**(415) 875-6314**

WRITER'S INTERNET ADDRESS
**davideiseman@quinnemanuel.com**

September 9, 2013

**VIA ECF**

The Honorable Denise L. Cote
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1610
New York, NY 10007-1312

    Re:    *Eastman Kodak Company v. Ricoh Company, Ltd.*, No. 12-cv-3109 (DLC)

Dear Judge Cote:

Ricoh Company, Ltd. ("Ricoh") and Eastman Kodak Company ("Kodak") jointly request an extension of the deadline for filing the Joint Pretrial Order set by the Court's Pretrial Scheduling Order (Dkt. No. 109). On September 6, 2013, counsel for Ricoh and counsel for Kodak spoke with the Court's Courtroom Deputy regarding a continuance of the October 7, 2013 trial ready date. Subject to the Court's approval, the parties and the Court's Courtroom Deputy discussed continuing the trial to October 21-23 to accommodate scheduling conflicts of Ricoh's likely witnesses.

If the Court approves the new trial date, Ricoh and Kodak respectfully request that the deadline for filing the Joint Pretrial Order be extended from September 27, 2013 to October 11, 2013 (with the exception that the parties agree to exchange witness lists no later than September 27).

Respectfully submitted,

*/s/ David Eiseman*

David Eiseman

cc:    Robert Gunther, Jr. (via electronic mail)
        Michael Summersgill (via electronic mail)

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS