```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
EASTMAN KODAK COMPANY,                  :      12 Civ. 3109 (DLC)
                        Plaintiff,      :
                                        :      SCHEDULING ORDER
            -v-                         :
                                        :
RICOH COMPANY, LTD.,                    :
                                        :
                        Defendant.      :
                                        :
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY
DOC #:
DATE: 9-10-2013

DENISE COTE, District Judge:

   IT IS HEREBY ORDERED that the final pretrial conference is scheduled for 2 p.m. on October 16, 2013 in Courtroom 15B, 500 Pearl Street.

   IT IS FURTHER ORDERED that trial will begin at 9:30 a.m. on October 21, 2013.

   IT IS FURTHER ORDERED that counsel shall review this Court's August 9, 2013 Pretrial Scheduling Order regarding the procedures that shall govern the conduct of the trial.

Dated:    New York, New York
          September 10, 2013

                              _____
                                      DENISE COTE
                              United States District Judge