Cote, D.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASTMAN KODAK COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 12cv3109 (DLC) |
| ) | |
| RICOH COMPANY, LTD., ) | |
| ) | |
| Defendant. ) | |

USDC SDNY
DOCUMENT
ELECTRONICALLY
DOC #:
DATE FILED: 9/25/2013

### NOTICE OF WITHDRAWAL OF DANIEL M. ESRICK AS COUNSEL OF RECORD AND [PROPOSED] ORDER

**PLEASE TAKE NOTICE** that attorney Daniel M. Esrick, of the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, is hereby withdrawn as counsel of record for Plaintiff Eastman Kodak Company ("Kodak') in the above-captioned matter. Mr. Esrick will be leaving Wilmer Cutler Pickering Hale and Dorr LLP on September 30, 2013 and will no longer be associated with this case. Plaintiff Kodak remains represented by Wilmer Cutler Pickering Hale and Dorr LLP.

Mr. Esrick did not assert a retaining or charging lien.

So ordered.

*[signature]*
9/25/13

-1-

Dated: September 25, 2013

                                Respectfully submitted,

                                Daniel M. Esrick
                                WILMER CUTLER PICKERING
                                HALE & DORR LLP
                                60 State Street
                                Boston, MA
                                Telephone: (617)526-6529
                                Facsimile: (212) 230-8888
                                daniel.esrick@wilmerhale.com

                                *Counsel for Plaintiff Eastman Kodak Company*

SO ORDERED



_____
Hon. Denise L. Cote
United States District Judge

ActiveUS 116203330v.1