UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EASTMAN KODAK COMPANY,

    Plaintiff,

    v.

RICOH COMPANY, LTD.

    Defendant.

Case No. 1:12-cv-03109 (DLC)

## NOTICE OF MOTIONS IN LIMINE BY EASTMAN KODAK COMPANY

PLEASE TAKE NOTICE that upon Plaintiff Eastman Kodak Company's ("Kodak") Memorandum of Law in Support of its Motion's In Limine, Kodak will move this Court, at the United States Courthouse, 500 Pearl Street, New York, New York, at a date and time to be determined by the Court, to issue an Order that:

1. Ricoh Company, Ltd. ("Ricoh") Is Precluded From Arguing At Trial That Damages Are Any Less Than The Amounts Conceded By Ricoh's Damages Expert In His Expert Report;

2. Ricoh Is Precluded From Arguing At Trial That DSLR "Kits" Do Not Include Lenses;

3. Ricoh Is Precluded From Relying On Japanese Documents That It Did Not Translate During Discovery;

4. Ricoh Is Precluded From Arguing At Trial That The PLA Term "Net Sales" Means The Price Set Forth In "Advance Pricing Agreements";

5. Ricoh Is Precluded From Referring At Trial To Kodak's Bankruptcy or Patent Sale;

6. Ricoh Is Precluded From Re-Arguing Issues At Trial That The Court Already Resolved On Summary Judgment;

7. Ricoh Is Precluded From Arguing At Trial That It Is Somehow "Unfair" For Ricoh To Have To Pay The Damages Required By The PLA; and

8. Ricoh Is Precluded From Referring At Trial To Its Unrelated Bankruptcy Claims And Litigation Against Kodak.

- 2 -

WHEREFORE, Kodak requests that its Motions In Limine be granted in all respects.

|  |  |
|---|---|
| | Respectfully submitted, |
| Dated: New York, New York | /s/ *Robert J. Gunther, Jr.* |
| October 7, 2013 | Robert J. Gunther, Jr. |
| | WILMER CUTLER PICKERING HALE & DORR, LLP |
| | 7 World Trade Center |
| | 250 Greenwich Street |
| | New York, NY 10007 |
| | Tel: (212) 230-8800 |
| | Fax: (212) 230-8888 |
| | |
| | Michael J. Summersgill (*pro hac vice*) |
| | Jordan L. Hirsch (*pro hac vice*) |
| | WILMER CUTLER PICKERING HALE & DORR, LLP |
| | 60 State Street |
| | Boston, Massachusetts 02109 |
| | Tel: (617) 526-6000 |
| | Fax: (617) 526-5000 |
| | |
| | *Attorneys for Eastman Kodak Company* |

- 1 -

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASTMAN KODAK COMPANY,<br><br>                    Plaintiff,<br><br>         v.<br><br>RICOH COMPANY, LTD.<br><br>                    Defendant. | Civil Action No. 1:12-cv-03109 (DLC) |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of October, 2013, I caused Plaintiff Eastman Kodak Company's Notice of Motions In Limine, and all supporting papers to be served on all attorneys of record by email and through the Court's ECF system.


                                                    By:  /s/ Robert J. Gunther, Jr.