UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASTMAN KODAK COMPANY,<br><br>    Plaintiff,<br><br>  v.<br><br>RICOH COMPANY, LTD.,<br><br>    Defendant | Case No. 1:12-cv-03109 (DLC) |

**NOTICE OF *DAUBERT* MOTION TO EXCLUDE THE OPINIONS AND TESTIMONY OF VINCENT A. THOMAS BY RICOH COMPANY, LTD.**

PLEASE TAKE NOTICE that upon Ricoh Company, Ltd.'s ("Ricoh") Memorandum of Law in Support of its *Daubert* Motion to Exclude the Opinions and Testimony of Vincent A. Thomas, and the accompanying Declaration of Graham Pechenik and attached exhibits, Ricoh will move this Court, at the United States Courthouse, 500 Pearl Street, New York, New York, at a date and time to be determined by the Court, to issue an Order excluding from evidence:

1) the opinions and testimony of Mr. Thomas relating to whether OEMs paid Kodak royalties;

2) the opinions and testimony of Mr. Thomas regarding the calculation of the number of Pentax cameras on which Ricoh purportedly owes a royalty to Kodak; and

3) the opinions and testimony of Mr. Thomas regarding the revenues that should form the royalty base in this case.

WHEREFORE, Ricoh requests that its *Daubert* Motion to Exclude the Opinions and Testimony of Vincent A. Thomas be granted in all respects.

DATED:  October 7, 2013                    Respectfully submitted,

By /s/ *David Eiseman*
   David Eiseman*
   Melissa J. Baily
   Quinn Emanuel Urquhart & Sullivan LLP
   50 California Street, 22nd Floor
   San Francisco, CA 94111
   (415) 875-6600
   davideiseman@quinnemanuel.com
   melissabaily@quinnemanuel.com

   John B. Quinn*
   Ryan S. Goldstein*
   Quinn Emanuel Urquhart & Sullivan LLP
   865 S. Figueroa St., 10th Floor
   Los Angeles, CA 90017
   (213) 443-3000
   johnquinn@quinnemanuel.com
   ryangoldstein@quinnemanuel.com

   Philip C. Sternhell*
   Quinn Emanuel Urquhart & Sullivan LLP
   1299 Pennsylvania Ave. NW, Suite 825
   Washington, DC 20004
   (202) 538-8000
   philipsternhell@quinnemanuel.com

   **Admitted pro hac vice*
   *Counsel for Defendant Ricoh Company, Ltd.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT, on the 7th day of October, 2013, I caused the above document to be served on all attorneys of record via electronic mail.


DATED:  October 7, 2013

/s/   *Graham M. Pechenik*
Graham M. Pechenik