UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EASTMAN KODAK COMPANY,

       Plaintiff,

    v.

RICOH COMPANY, LTD.,

       Defendant.

Case No. 1:12-cv-03109 (DLC)

### NOTICE OF RICOH'S MOTIONS *IN LIMINE*

PLEASE TAKE NOTICE that upon Ricoh Company, Ltd.'s ("Ricoh") Memorandum of Law in Support of its Motions *in Limine*, and the accompanying Declaration of Graham Pechenik and attached exhibits, Ricoh will move this Court, at the United States Courthouse, 500 Pearl Street, New York, New York, at a date and time to be determined by the Court, to issue an Order precluded Kodak from offering testimony and evidence regarding:

(1) Ricoh's "violation" of the PLA;

(2) Kodak's "harm" by any nonpayment of royalties by Ricoh;

(3) Kodak's prior relationship with Pentax;

(4) Pentax's and Ricoh's failure to pay royalties under the PLA;

(5) Kodak's history and reputation in the photography industry;

(6) Kodak's investments in R&D, inventions, and patent portfolio; and

(7) Kodak's global licensing campaign;

And additionally, that Kodak be precluded from introducing:

(8) irrelevant print-outs from third-party websites that cannot be authenticated;

(9) expert opinions that were untimely disclosed by Kodak; and

(10) testimony from its witness John Valens that exceeds the scope of the 30(b)(6) topics on which he was designated for deposition.

WHEREFORE, Ricoh requests that its Motions *in Limine* to be granted in all respects.

DATED:  October 7, 2013            Respectfully submitted,

By /s/ *David Eiseman*
David Eiseman*
Melissa J. Baily
Quinn Emanuel Urquhart & Sullivan LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
davideiseman@quinnemanuel.com
melissabaily@quinnemanuel.com

John B. Quinn*
Ryan S. Goldstein*
Quinn Emanuel Urquhart & Sullivan LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
(213) 443-3000
johnquinn@quinnemanuel.com
ryangoldstein@quinnemanuel.com

Philip C. Sternhell*
Quinn Emanuel Urquhart & Sullivan LLP
1299 Pennsylvania Ave. NW, Suite 825
Washington, DC 20004
(202) 538-8000
philipsternhell@quinnemanuel.com

*Admitted pro hac vice*
*Counsel for Defendant Ricoh Company, Ltd.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT, on the 7th day of October, 2013, I caused the above document to be served on all attorneys of record via electronic mail.

DATED:  October 7, 2013

                                            /s/   *Graham M. Pechenik*
                                                Graham M. Pechenik