**quinn emanuel** trial lawyers | san francisco

1299 Pennsylvania Ave. NW, Suite 825 Washington, D.C. 20004| tel (415) 875-6600 fax (415) 875-6700

WRITER'S DIRECT DIAL NO.
**(202) 538-8178**

WRITER'S FACSIMILE NO.
**(202) 538-8100**

WRITER'S INTERNET ADDRESS
**philipsternhell@quinnemanuel.com**

October 11, 2013

<u>VIA ECF</u>

The Honorable Denise L. Cote
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1610
New York, NY 10007-1312

      Re:    *Eastman Kodak Company v. Ricoh Company, Ltd.*, No. 12-cv-3109 (DLC)

Dear Judge Cote:

I am counsel for Ricoh Company, Ltd. in the above referenced matter, in which a jury trial is scheduled to commence on October 21 2013.

On October 6 2013, the Court granted a request for permission to bring two laptop computers into the Courthouse for use during the trial pursuant to Standing Order M-10-468 and Paragraph 6(B) of the Court's Individual Practices.

I submit the enclosed application seeking the Court's permission to bring one additional laptop computer into the Courthouse for use during the trial. Approval of this request will be the third General Purpose Computing Devices pursuant to Section (c) of Standing Order M-10-468 for counsel for Ricoh Company Ltd.

Respectfully submitted,

Philip Charles Sternhell

cc:    Robert Gunther, Jr. (via electronic mail)
        Michael Summersgill (via electronic mail)

quinn emanuel urquhart & sullivan, llp
LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____ x

IN THE MATTER OF AN APPLICATION
TO BRING AN ELECTRONIC DEVICE(S)
INTO THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK
FOR USE IN A TRIAL OR PROCEEDING
_____ x

I hereby authorize the following attorney(s) to bring the General Purpose Computing Device(s) ("GPCD") listed below into the Courthouse for use in a trial or proceeding in the action entitled <u>Eastman Kodak v. Ricoh Company, Ltd.</u>, No. <u>12-cv-3109</u>, which is anticipated to begin on <u>October 21, 2013</u> and conclude on <u>October 23, 2013</u>.

| Attorney | Device(s) |
|---|---|
| 1. David Eiseman | Dell Latitude E6430U |
| 2. | |
| 3. | |

*(Attach Extra Sheet If Needed)*

The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. Their bringing of the equipment into the building constitutes a certification by them that the electronic device(s) lack (a) the capacity to make or record images or sounds or to send or receive wireless transmissions, and (b) one or more infrared ports or, alternatively, that any such capability or ports have been disabled. They shall not use or permit the use of such equipment to make or record images or sounds or to send or receive wireless transmissions. They shall comply in all respects with the requirements printed on the reverse side of this page.

This order does not authorize any attorney or law firm to bring more than three GPCDs into the Courthouse unless its receipt has been acknowledged below by the Chair of the Court's Technology Committee.

SO ORDERED.

Dated: _____

_____
United States Judge

RECEIPT ACKNOWLEDGED

_____

Chair (or designee), Technology Committee

Revised: August 29, 2013