**quinn emanuel** trial lawyers | san francisco

1299 Pennsylvania Ave. NW, Suite 825 Washington, D.C. 20004| TEL (415) 875-6600 FAX (415) 875-6700

WRITER'S DIRECT DIAL NO.
**(202) 538-8178**

WRITER'S FACSIMILE NO.
**(202) 538-8100**

WRITER'S INTERNET ADDRESS
**philipsternhell@quinnemanuel.com**

October 11, 2013

**VIA ECF**

The Honorable Denise L. Cote
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1610
New York, NY 10007-1312

    Re:    *Eastman Kodak Company v. Ricoh Company, Ltd.*, No. 12-cv-3109 (DLC)

Dear Judge Cote:

I am counsel for Ricoh Company, Ltd. in the above referenced matter, in which a jury trial is scheduled to commence on October 21, 2013.  A final pretrial conference is scheduled on October 16, 2013.

Ricoh Company, Ltd hereby seeks the Court's permission to bring the following list of physical exhibits equipment into the Courtroom for both the final pretrial conference on October 16, 2013, and throughout the trial from October 21, 2013, through October 23, 2013.  This matter involves photographic equipment and the physical presentation of these exhibits is highly relevant to the proceedings.

| Exhibit No. | Exhibit Description |
|---|---|
| DPX 001 | K-30 kit (digital single lens reflex camera body) |
| DPX 002 | K-30 lens kit (digital single lens reflex camera body and lens) |
| DPX 003 | K-30 double zoom kit (digital single lens reflex camera body and two lenses) |
| DPX 004 | Pentax Optio H90 (compact digital camera) |
| DPX 005 | Pentax Optio M10 (digital camera) |
| DPX 006 | Pentax Optio M20 (digital camera) |
| DPX 007 | Pentax K-5 digital single lens reflex camera with DA 18-55 mm F3.5-5.6 AL lens |
| DPX 008 | HD PENTAX-DA 560mmF5.6ED AW (camera lens) |
| DPX 009 | 645D Body [Serial No. 3280651] (digital single lens reflex camera body) |
| DPX 010 | D FA645 25mmF4AL[IF] SDM AW [Serial No. 4255170] (camera lens) |
| DPX 011 | D FA645 55mmF2.8AL[IF] SDM AW [Serial No. 4250050] (camera lens) |
| DPX 012 | FA645 75mmF2.8 [Serial No. 4832046] (camera lens) |

DPX 013   FA645 150mmF2.8[IF] [Serial No. 4164194] (camera lens)
DPX 014   FA645 200mmF4[IF] [Serial No. 4148904] (camera lens)
DPX 015   FA645 45-85mmF4.5 [Serial No. 4240565] (camera lens)
DPX 016   FA645 55-110mmF5.6 [Serial No. 4177467] (camera lens)
DPX 017   FA645 80-160mmF4.5 [Serial No. 4239988] (camera lens)
DPX 018   FA645 45mm F2.8 [Serial No. 4129122] (camera lens)
DPX 019   FA645 300mm F5.6 [Serial No. 4221696] (camera lens)
DPX 020   FA645 400mm F5.6 [Serial No. 4173356] (camera lens)
DPX 021   Ricoh Caplio R2 [Serial No. TL00120148] (camera lens)

Respectfully submitted,

Philip Charles Sternhell


cc:   Robert Gunther, Jr. (via electronic mail)
      Michael Summersgill (via electronic mail)

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS