UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASTMAN KODAK COMPANY,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>RICOH COMPANY, LTD.<br><br>　　　　　　　Defendant. | Civil Action No. 1:12-cv-03109 (DLC) |

**PLAINTIFF EASTMAN KODAK COMPANY'S
PROPOSED QUESTIONS FOR VOIR DIRE**

　　　　Plaintiff Eastman Kodak Company respectfully requests that the Court ask the following voir dire questions to prospective jurors in addition to the Court's standard voir dire. Kodak respectfully requests that the Court seek additional explanation from jurors who respond "Yes" to the questions below.

　　　　1.　　　This case involves Eastman Kodak Company's (Kodak's) claim for breach of contract against Ricoh Company, Ltd., ("Ricoh") a Japanese company. Do you believe you have heard anything about this case from any source, including from another person, a press release or the news media?

　　　　2.　　　Have you (or has anyone you know) ever been employed by Kodak, Ricoh or Pentax?

　　　　3.　　　Do you own stock in either Kodak or Ricoh?

　　　　4.　　　Have you read or heard anything recently in the press about Kodak, Ricoh or Pentax?

5. Do you know any of the following individuals? Willy Shih, John Valenza, Vincent Thomas, Kannan Ramchandran, Shunsuke Kishi, Kiyoshi Kawano, Fumio Urano, Brian Becker, Kazumichi Eguchi, Edward Fasano, Eisaku Nagaishi, Hiroshi Saji, Tohru Ushida, Edward André, Kenneth Parulski, James Pohlman, Linda Trueblood.

6. Do you know anyone who works for FTI Consulting?

7. Do you know anyone who works for Precision Economics, LLC  If yes, please explain.

8. Do you know any of the following law firms or attorneys involved in this case?

   a. Robert Gunther, Michael Summersgill, Jordan Hirsch, Sarah Petty, Jonathan Woodard, or Claire Superfine of Wilmer, Cutler, Pickering, Hale and Dorr, LLP;

   b. David Eiseman, Ryan Goldstein, Melissa Baily, or Philip Sternhell, of Quinn Emanuel Urquhart & Sullivan, LLP?

9. Do you have any legal education or training?

10. What is the highest level of education you have finished?  If you attended college, do you have a degree?  In what field?

11. Are you employed? What is your present or most recent occupation and title? Who is your employer? How long have you worked in that occupation?  Did you have any prior occupations?

12. Does your job involve negotiating, writing, interpreting, administering, or complying with contracts?

13. Have you or has any family member ever sued or been sued in a lawsuit?  If yes, were you or your family member the plaintiff or defendant and what was the basis of the lawsuit?  If the case has been resolved, what was its resolution and were you and your family

satisfied or unsatisfied with the resolution.  Was there anything in your dealings with the legal system that left you unhappy or unsatisfied?

14. Have you (or has anyone you know) ever been involved in a dispute or lawsuit involving a contract or a claim of breach of contract?

15. Have you ever given testimony in a lawsuit?  If so, please describe the lawsuit and the nature of your participation.  Was there anything about the experience that would make it difficult for you to be fair and impartial in this case?

16. Have you ever served as a juror before?  When?  What type of case was it?  Were you the foreperson for the jury? Did you reach a verdict?

17. Do you have any personal beliefs or convictions, whether they may be moral, religious, philosophical or otherwise that would prevent you from being a fair and impartial juror in this case?  .

18. Do you have any strong beliefs or feelings about one business suing another business to enforce its rights or protect itself in court?  If yes, please explain.

19. Do you know anything about designing, manufacturing, or selling digital cameras?

20. Have you (or has anyone you know) ever been involved in designing, manufacturing, or selling digital cameras?

21. Have you or a family member ever applied for or been granted a patent?

22. Do you have any strong opinions regarding intellectual property?

23. When you make a promise to someone, are you likely to keep it, even if you do not want to?

24. Do you feel that you have ever been wrongly accused of breaking or violating a contract?

25. Do you feel monetary awards in civil cases are often too high?

26. Have you or has anyone close to you experienced a business failure?

27. Have you or has anyone close to you filed for bankruptcy? Have you or has anyone close to you been a creditor in a bankruptcy?

28. Is there any member of the panel who feels that the fact that an individual or a company files for bankruptcy reflects poorly on that person or company?

29. Do you have any special disability or problem that would make serving as a member of the jury difficult or impossible?

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: October 11, 2013 | /s/ Robert J. Gunther Jr. |

Robert J. Gunther, Jr.
Wilmer Cutler Pickering Hale & Dorr, LLP
399 Park Avenue
New York, New York 10022
Tel: (212) 230-8800
Fax: (212) 230-8888

Michael J. Summersgill
Jordan L. Hirsch
Wilmer Cutler Pickering Hale & Dorr, LLP
60 State Street
Boston, MA 02106
Tel: (617) 526-6000
Fax: (617) 526-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASTMAN KODAK COMPANY,<br><br>           Plaintiff,<br><br>      v.<br><br>RICOH COMPANY, LTD.<br><br>           Defendant. | Civil Action No. 1:12-cv-03109 (DLC) |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of October, 2013, I caused Plaintiff Eastman Kodak Company's Proposed Questions for Voir Dire to be served on all attorneys of record through the Court's ECF system.

By: */s/ Robert J. Gunther, Jr.*

- 5 -