

WILMERHALE

October 9, 2013

**By Hand Delivery**

Robert J. Gunther, Jr.

+1 212 230 8830(t)
+1 212 230 8888(f)
robert.gunther@wilmerhale.com

Honorable Denise L. Cote
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *Eastman Kodak Company v. Ricoh Company, Ltd.*, 12-cv-3109

10/11/2013

Dear Judge Cote:

In connection with its Pretrial Memorandum of Law, Kodak submitted a letter to the Court on October 7, 2013 requesting permission to seal or redact certain exhibits that Ricoh had designated as "Confidential" or "Highly Confidential." Kodak has since conferred with Ricoh, and Ricoh agreed to withdraw its confidentiality designations as to several of those exhibits. Kodak respectfully submits this revised request seeking permission to file three redacted exhibits in support of Kodak's Pretrial Memorandum of Law, and publicly file a version of its Pretrial Memorandum of Law with confidential information from these exhibits redacted.



**Kodak Requests Permission to File Three Exhibits Containing Ricoh Confidential Information with Redactions.**

Ricoh has asserted that the following exhibits to Kodak's Pretrial Memorandum of Law contain "Confidential" or "Highly Confidential" Ricoh information:

- A copy of Exhibit 1, Excerpts from the September 23, 2013, Supplemental Expert Report of Brian Becker, with proposed redactions highlighted is enclosed at TAB 1. Clean copies of the pages of Exhibit 1 that Kodak seeks to file with redactions are enclosed at TAB 2.

- A copy of Exhibit 3, Excerpts from the September 23, 2013, Supplemental Expert Report of Brian Becker, with proposed redactions highlighted is enclosed at TAB 3. Clean copies of the pages of Exhibit 3 that Kodak seeks to file with redactions are enclosed at TAB 4.

- A copy of Exhibit 4, Excerpts from the August 8, 2013 Brian Becker Deposition Transcript, with proposed redactions highlighted is enclosed at TAB 5. Clean copies of the pages of Exhibit 4 that Kodak seeks to file with redactions are enclosed at TAB 6.

**Kodak Seeks to File A Redacted Version of its Pretrial Memorandum of Law**

WILMERHALE

October 9, 2013
Page 2

Kodak seeks permission to publicly file a version of its Pretrial Memorandum of Law with the Ricoh-designated confidential information redacted.

A copy of Kodak's Pretrial Memorandum of Law with proposed redactions highlighted is enclosed at TAB 7. Clean copies of the redacted pages of Kodak's Pretrial Memorandum of Law are enclosed at TAB 8.

Respectfully submitted,

Robert J. Gunther, Jr.

Enc.

Approved.
Denise Cote
Oct. 11, 2013