```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
EASTMAN KODAK COMPANY,                   :    12 Civ. 3109 (DLC)
                    Plaintiff,           :
                                         :         ORDER
          -v-                            :
                                         :
RICOH COMPANY, LTD.,                     :
                                         :
                    Defendant.           :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

  IT IS HEREBY ORDERED that the October 16 final pretrial conference is adjourned to October 17 at 2 p.m.

Dated:    New York, New York
          October 11, 2013

                              _____
                                     DENISE COTE
                              United States District Judge