UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EASTMAN KODAK COMPANY,

      Plaintiff,

      v.

RICOH COMPANY,  LTD.

      Defendant.

Case No. 1:12-cv-03109 (DLC)

---

**DECLARATION OF ROBERT J. GUNTHER, JR. IN SUPPORT OF EASTMAN
KODAK COMPANY'S OPPOSITION TO RICOH'S MOTIONS IN LIMINE**

ROBERT J. GUNTHER, JR. under penalty of perjury, hereby declares as follows:

1.      I am an attorney with the law firm WilmerHale LLP, counsel for Plaintiff

Eastman Kodak Company ("Kodak") in the above captioned action, and am admitted to this

Court.

2.      I respectfully submit this declaration in support of Kodak's Opposition to Ricoh's

Motions in Limine.  I am familiar with the facts stated herein.

3.      Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the

Merriam-Webster's Collegiate Dictionary.

4.      Attached hereto as Exhibit 2 is a true and correct copy of excerpts from Kodak's

August 29, 2012, First Set of Requests for Production.

5.      Attached hereto as Exhibit 3 is a true and correct copy of an April 23, 2010,

Pentax Press Release bearing bates number KOD-RIC081781.

6.      Attached hereto as Exhibit 4 is a true and correct copy of DSLR 645D Product

Details from the Pentax Webstore bearing bates number KOD-RIC081754.

- 2 -

7.      Attached hereto as Exhibit 5 is a true and correct copy of a March 1, 2012, Press Release bearing bates number KOD-RIC081788.

8.      Attached hereto as Exhibit 6 is a true and correct copy of excerpts from the June 5, 2013, deposition of John Valenza.

9.      Attached hereto as Exhibit 7 is a true and correct copy of excerpts from the February 5, 2013, deposition of Willy Shih.


Dated:  October 14, 2013          /s/ Robert J. Gunther, Jr._____
                                  Robert J. Gunther , Jr.