



WILMERHALE

October 11, 2013

By Hand Delivery

**MEMO ENDORSED**

Honorable Denise L. Cote
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Robert J. Gunther, Jr.
+1 212 230 8830 (t)
+1 212 230 8888 (f)
robert.gunther@wilmerhale.com

USDC SDNY
DOCUMENT
ELECTRONICALLY
DOC #:
DATE: 10/15/2013

Re: *Eastman Kodak Company v. Ricoh Company, Ltd.*, 12-cv-3109

Dear Judge Cote:

In connection with its Memorandum of Law in Support of its Motions in Limine, Kodak submitted a letter to the Court on October 9, 2013 requesting permission to seal or redact certain exhibits that Ricoh had designated as "Confidential" or "Highly Confidential." Kodak has since been advised of the Court's ruling that only redactions to company names on Tab 5, Exhibit 6 are permitted. Accordingly, Kodak respectfully submits this revised request seeking permission to file Tab 5, Exhibit 6 with redactions limited to company names only. Per the court's instructions, the exhibits that Kodak had previously requested be filed with redactions are also listed below.

**Kodak Requests Permission to File Four Exhibits Containing Ricoh Confidential Information and Third Party Confidential Information with Redactions.**

The following exhibits to Kodak's Memorandum of Law in Support of its Motions in Limine contain (i) information that Ricoh has designated as confidential; or (ii) third party information that Kodak is obligated to keep confidential, including information related to confidential royalty rates and payment information and the terms of confidential third party license agreements.

- A copy of Exhibit 1, Excerpts from the September 23, 2013, Supplemental Expert Report of Brian Becker, with proposed redactions highlighted is enclosed at TAB 1. Clean copies of the pages of Exhibit 1 that Kodak seeks to file with redactions are enclosed at TAB 2.

- A copy of Exhibit 2, Excerpts from the July 8, 2013, Expert Report of Brian Becker, with proposed redactions highlighted is enclosed at TAB 3. Clean copies of the pages of Exhibit 2 that Kodak seeks to file with redactions are enclosed at TAB 4.

- A copy of Exhibit 6, Excerpts from Ricoh's April 25, 2013 Response to Kodak's Third Set of Interrogatories, with proposed redactions highlighted is enclosed at TAB 5. Clean

WILMERHALE

October 11, 2013
Page 2

> copies of the pages of Exhibit 6 that Kodak seeks to file with redactions are enclosed at TAB 6.
>
> - A copy of Exhibit 10, Excerpts from the August 8, 2013 Brian Becker Deposition Transcript, with proposed redactions highlighted is enclosed at TAB 7. Clean copies of the pages of Exhibit 10 that Kodak seeks to file with redactions are enclosed at TAB 8.

**Kodak Seeks to File A Redacted Version of its Memorandum of Law in Support of its Motions in Limine**

Kodak seeks permission to publicly file a version of its Memorandum of Law in Support of its Motions in Limine with the Ricoh-designated confidential information and third-party confidential information redacted.

A copy of Kodak's Memorandum of Law in Support of its Motions in Limine with proposed redactions highlighted is enclosed at TAB 9. Clean copies of the redacted pages of Kodak's Memorandum of Law in Support of its Motions in Limine are enclosed at TAB 10.

Respectfully submitted,

*[signature]*
Robert J. Gunther, Jr.

Enc.

*Approved.*
*[signature]*
*10/15/13*