# WILMERHALE

October 15, 2013

**By Hand Delivery**

Robert J. Gunther, Jr.

+1 212 230 8830(t)
+1 212 230 8888(f)
robert.gunther@wilmerhale.com

Honorable Denise L. Cote
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *Eastman Kodak Company v. Ricoh Company, Ltd.*, 12-cv-3109

Dear Judge Cote:

On October 14, 2013, Eastman Kodak Company ("Kodak") submitted a letter to the Court seeking permission to file a redacted version of its opposition to Ricoh's *Daubert* motion to exclude the opinions and testimony of Kodak's damages expert, Vincent A. Thomas. On October 15, 2013, we were informed of the Court's ruling narrowing Kodak's proposed redactions. Kodak therefore respectfully submits this revised request seeking permission to redact only the third-party confidential sales information contained in its opposition brief.

A revised copy of Kodak's *Daubert* opposition brief with Kodak's proposed redactions highlighted is enclosed at TAB 1. Clean copies of the redacted pages of Kodak's *Daubert* opposition brief are enclosed at TAB 2.

Respectfully submitted,

Robert J. Gunther, Jr.

cc (by email): David Eiseman
Melissa Baily
Philip Sternhell

Enc.

Approved.

/s/ Denise Cote
10/15/13

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007
Beijing   Berlin   Boston   Brussels   Frankfurt   London   Los Angeles   New York   Oxford   Palo Alto   Waltham   Washington