AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Eastman Kodak Company | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 12 Civ. 3109 (DLC) |
| Ricoh Company, Ltd. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Ricoh Company, Ltd.

Date:   10/10/2013

*Melissa J. Baily*
*Attorney's signature*

Melissa J. Baily  4032751
*Printed name and bar number*

Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street, 22nd Floor
San Francisco, CA  94111
*Address*

melissabaily@quinnemanuel.com
*E-mail address*

(415) 875-6600
*Telephone number*

(415) 875-6700
*FAX number*