**quinn emanuel** trial lawyers | san francisco

50 California Street, 22nd Floor, San Francisco, California 94111 | TEL (415) 875-6600 FAX (415) 875-6700

WRITER'S DIRECT DIAL NO.
(415) 875-6314

WRITER'S INTERNET ADDRESS
davideiseman@quinnemanuel.com

October 15, 2013



**By Hand Delivery**

The Honorable Denise L. Cote
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1610
New York, NY 10007-1312

Re:   *Eastman Kodak Company v. Ricoh Company, Ltd.*, No. 12-cv-3109 (DLC)

Dear Judge Cote:

On behalf of Defendant Ricoh Company, Ltd. ("Ricoh"), we respectfully submit this letter pursuant to Paragraph 4(A) of the Court's Individual Practices, to seek permission to publicly file one redacted exhibit, in support of Ricoh's Opposition to Kodak's Motions *in Limine* (Dkt. 165).

Specifically, Ricoh seeks permission to publicly file a redacted copy of Exhibit 4 to the Declaration of Philip Charles Sternhell (Dkt. 166), which contains Kodak information that Kodak has designated as Confidential or Highly Confidential under the Protective Order. Ricoh and Kodak met and conferred on October 14, and Kodak provided Ricoh with proposed redactions for third-party company names only, in accordance with the Court's recent guidance on redactions.

A copy of Exhibit 4 with proposed redactions highlighted is at **TAB 1**. Clean copies of the redacted pages of Exhibit 4 are enclosed at **TAB 2**.

The full set of Ricoh's Opposition to Kodak's Motions *in Limine* and accompanying papers, including unredacted exhibits, was served on Kodak by email on October 14, 2013.

Thank you for Your Honor's consideration of this submission.

Approved.
/s/ Denise Cote
Oct. 16, 2013

**quinn emanuel urquhart & sullivan, llp**
LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS

Respectfully submitted,

*David Eiseman* (signature)

David Eiseman

Encl.

cc:   Robert Gunther, Jr.
      Michael Summersgill