UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASTMAN KODAK COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>RICOH COMPANY, LTD.<br><br>    Defendant. | Case No. 1:12-cv-03109 (DLC) |

**SUPPLEMENTAL DECLARATION OF ROBERT J. GUNTHER IN SUPPORT OF EASTMAN KODAK COMPANY'S MOTIONS IN LIMINE**

ROBERT J. GUNTHER JR., under penalty of perjury, hereby declares as follows:

1. I am an attorney with the law firm WilmerHale LLP, counsel for Plaintiff Eastman Kodak Company ("Kodak") in the above captioned action, and am admitted to this Court.

2. I respectfully submit this Supplemental Declaration in support of Kodak's Motions In Limine attaching several exhibits that have been redacted pursuant to the Court's October 15, 2013 Order (Dkt. 170). I am familiar with the facts stated herein.

3. Attached hereto as Exhibit 1 is a true and correct copy of an excerpt from the September 23, 2013, Supplemental Expert Report of Brian Becker with redactions pursuant to the Court's October 15, 2013 Order (Dkt. 170).

4. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the July 8, 2013 Expert Report of Brian Becker with redactions pursuant to the Court's October 15, 2013 Order (Dkt. 170).

5. Attached hereto as Exhibit 6 is a true and correct copy of excerpts from Ricoh's April 25, 2013, Response to Kodak's Third Set of Interrogatories with redactions pursuant to the Court's October 15, 2013 Order (Dkt. 170).

6. Attached hereto as Exhibit 10 is a true and correct copy of excerpts from the August 8, 2013 deposition of Brian Becker with redactions pursuant to the Court's October 15, 2013 Order (Dkt. 170).

Dated: October 17, 2013

*/s/ Robert J. Gunther, Jr.*

Robert J. Gunther Jr.