UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| EASTMAN KODAK COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>RICOH COMPANY, LTD.<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) | Case No. 12-CV-3109 (DLC) |

## RICOH'S REVISED PROPOSED FINAL JURY INSTRUCTION NO. 14

Defendant Ricoh Company, Ltd. ("Ricoh") respectfully submits the following revised

Requested Final Instruction No. 14.

**Requested Final Instruction No. 14:  Nature of the Case**

You have heard about two types of cameras: point-and-shoot cameras and Digital Single Lens Reflex, or DSLR, cameras.  It has been determined that Ricoh is required to pay Kodak royalties on Pentax's sales of "point-and-shoot" cameras, and Ricoh has agreed to pay those royalties.

The parties agree that a DSLR camera body sold without one or more lenses is not a "self-contained device" and does not fall under the PLA.  The parties also agree that a DSLR lens sold without a DSLR camera body is not a "self-contained device" and does not fall under the PLA.  The only issue that is in dispute is whether each Pentax DSLR camera body that is sold in the same package as one or more lenses is a "self-contained device" and therefore covered by the PLA.  That is the issue that you must determine based on the evidence that you have heard during this trial.

In deciding whether a device is "self-contained," you are to apply the ordinary meaning of that term to which the parties have agreed, which is a device that is "complete in itself" or "complete, or having all that is needed, in itself."

\*      \*      \*

DATED:  October 22, 2013.

COUNSEL FOR DEFENDANT,
RICOH COMPANY, LTD.

 /s/    David Eiseman

David Eiseman*
Melissa J. Baily
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: (415) 875-6600
Fax: (415) 875-6700
davideiseman@quinnemanuel.com
melissabaily@quinnemanuel.com

Christopher Tayback*
Ryan Seth Goldstein*
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street
10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100
christayback@quinnemanuel.com
ryangoldstein@quinnemanuel.com

Philip Charles Sternhell*
Quinn Emanuel Urquhart & Sullivan, LLP
1299 Pennsylvania Ave. NW, Suite 825
Washington, DC 20004
Tel: (202) 538-8000
Fax: (202) 538-8100
philipsternhell@quinnemanuel.com


*Counsel for Defendant Ricoh Company, Ltd.*
*\*Admitted Pro Hac Vice*