```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
EASTMAN KODAK COMPANY,                   :
                      Plaintiff,         :  12 Civ. 3109 (DLC) (GWG)
                                         :
              -v-                        :        ORDER
                                         :
RICOH COMPANY, LTD.,                     :
                                         :
                      Defendant.         :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the parties shall contact Magistrate Judge Gorenstein by November 1, 2013 to discuss settlement.

Dated:   New York, New York
         October 24, 2013

                              _____
                                     DENISE COTE
                              United States District Judge