UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASTMAN KODAK COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RICOH COMPANY, LTD. )<br>)<br>Defendant. )<br>) | Case No. 12-CV-3109 (DLC) |

### DEFENDANT RICOH COMPANY LTD'S PROPOSED FINAL JUDGMENT

Defendant Ricoh Company, Ltd. ("Ricoh") submits the attached Proposed Final Judgment. In accordance with the Court's direction, Ricoh met and conferred with counsel for Plaintiff Eastman Kodak Company ("Kodak") regarding the form of judgment but was unable to reach agreement with Kodak. Ricoh's form of judgment references the underlying order, verdict, and stipulation and sufficiently incorporates the operative rulings and agreements. Kodak's proposed form of judgment, in contrast, needlessly attempts to rephrase and re-characterize both the Court's prior rulings and the parties' stipulation (each of which is plain on its face), introducing extraneous, confusing, and unnecessary content and detail. Ricoh respectfully requests that the Court adopt Ricoh's Proposed Final Judgment.

DATED:  November 1, 2013

        COUNSEL FOR DEFENDANT,
        RICOH COMPANY, LTD.

        /s/   David Eiseman

David Eiseman*
Melissa J. Baily
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: (415) 875-6600
Fax: (415) 875-6700
davideiseman@quinnemanuel.com
melissabaily@quinnemanuel.com

Christopher Tayback*
Ryan Seth Goldstein*
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street
10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100
christayback@quinnemanuel.com
ryangoldstein@quinnemanuel.com

Philip Charles Sternhell*
Quinn Emanuel Urquhart & Sullivan, LLP
1299 Pennsylvania Ave. NW, Suite 825
Washington, DC 20004
Tel: (202) 538-8000
Fax: (202) 538-8100
philipsternhell@quinnemanuel.com

*Counsel for Defendant Ricoh Company, Ltd.*
**Admitted Pro Hac Vice*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASTMAN KODAK COMPANY, ) ) Plaintiff, ) ) v. ) ) RICOH COMPANY, LTD., ) ) Defendant. ) ) | Case No. 12-CV-03109 (DLC) |

## **FINAL JUDGMENT**

Pursuant to the Court's August 9, 2013 Opinion and Order (Dkt. 105), the parties' October 20, 2013 Joint Stipulation Regarding October 21, 2013 Trial and Damages (Dkt. 188), and the October 23, 2013 Jury Verdict (Dkt. 201), it is hereby **ORDERED, ADJUDGED, AND DECREED** that final judgment is entered in favor of Plaintiff Eastman Kodak Company and against Defendant Ricoh Company, Ltd. in the amount of $75,780,000.

SO ORDERED.

Date:_____                                    _____
                                                                                   Honorable Denise L. Cote