UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASTMAN KODAK COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RICOH COMPANY, LTD.,<br><br>　　　　　Defendant | Case No. 1:12-cv-03109 (DLC) |

### NOTICE OF RICOH'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW

　　　　PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of its Renewed Motion for Judgment as a Matter of Law and the accompanying Declaration of Philip Charles Sternhell and attached exhibits, Ricoh Company, Ltd. ("Ricoh") will move this Court pursuant to Federal Rule of Civil Procedure 50(b), at the United States Courthouse, 500 Pearl Street, New York, New York, at a date and time to be determined by the Court, to issue an Order granting Ricoh judgment as a matter of law and such other and further relief as this Court may deem just, proper, and equitable.

　　　　Ricoh has posted, and the Court has accepted, a supersedeas bond securing Kodak's interest in the judgment. (*See* Dkt. No. 207.) Accordingly, pursuant to Federal Rule of Civil Procedure 62, proceedings to enforce the judgment should be stayed pending resolution of this motion and Ricoh's appeal.

WHEREFORE, Ricoh requests that its Motion be granted in all respects.

DATED:  December 3, 2013               Respectfully submitted,

                                        By /s/ *David Eiseman*
                                              David Eiseman*
                                              Melissa J. Baily
                                              Quinn Emanuel Urquhart & Sullivan LLP
                                              50 California Street, 22nd Floor
                                              San Francisco, CA 94111
                                              (415) 875-6600
                                              davideiseman@quinnemanuel.com
                                              melissabaily@quinnemanuel.com

                                              John B. Quinn*
                                              Ryan S. Goldstein*
                                              Quinn Emanuel Urquhart & Sullivan LLP
                                              865 S. Figueroa St., 10th Floor
                                              Los Angeles, CA 90017
                                              (213) 443-3000
                                              johnquinn@quinnemanuel.com
                                              ryangoldstein@quinnemanuel.com

                                              Philip Charles Sternhell*
                                              Quinn Emanuel Urquhart & Sullivan LLP
                                              1299 Pennsylvania Ave. NW, Suite 825
                                              Washington, DC 20004
                                              (202) 538-8000
                                              philipsternhell@quinnemanuel.com

                                              *Admitted pro hac vice*
                                              *Counsel for Defendant Ricoh Company, Ltd.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT, on the 3rd day of December, 2013, I caused the above document to be served on all attorneys of record via electronic mail.


DATED:  December 3, 2013

                                              /s/   *Philip Charles Sternhell*
                                                    Philip Charles Sternhell