UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASTMAN KODAK COMPANY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>RICOH COMPANY, LTD.,<br><br>　　　　　　Defendant | Case No. 1:12-cv-03109 (DLC) |

**DECLARATION OF PHILIP CHARLES STERNHELL
IN SUPPORT OF RICOH'S RENEWED MOTION FOR JUDGMENT AS A MATTER
OF LAW**

PHILIP CHARLES STERNHELL, under penalty of perjury, hereby declares as follows:

　　I am an attorney with the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for defendant Ricoh Company, Ltd. ("Ricoh") in the above captioned action and am admitted to this Court *pro hac vice*.

　　I respectfully submit this declaration in support of Ricoh's Renewed Motion for Judgment as a Matter of Law. I am familiar with the facts stated herein.

　　1.　　Attached hereto as Exhibit 1 is a true and correct copy of an agreement between Eastman Kodak Company and Ricoh Company, Ltd., dated May 1, 2002, and entered into evidence in *Eastman Kodak Co. v. Ricoh Co. Ltd.,* 1:12-cv-03109-DLC-GWG (S.D.N.Y.) as Plaintiff's Trial Exhibit 1.

2

    2.    Attached hereto as Exhibit 2 is a true and correct copy of transcript excerpts from the trial proceedings in *Eastman Kodak Co. v. Ricoh Co. Ltd.,* 1:12-cv-03109-DLC-GWG (S.D.N.Y.).

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  December 3, 2013

/s/      *Philip Charles Sternhell*
Philip Charles Sternhell