```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
EASTMAN KODAK COMPANY,                  :    12 Civ. 3109 (DLC)
                        Plaintiff,      :
                                        :    SCHEDULING ORDER
              -v-                       :
                                        :
RICOH COMPANY, LTD.,                    :
                                        :
                        Defendant.      :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On December 3, 2013, Ricoh Company, Ltd. served a renewed motion for judgment as a matter of law. It is hereby

ORDERED that any opposition to the motion shall be served by **December 20**. Any reply shall be served by **January 10, 2014**.

At the time any reply is served, the moving party shall supply two courtesy copies of all motion papers to Chambers by mail or delivery to the United States Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED:

Dated:   New York, New York
         December 4, 2013

                                    _____
                                            DENISE COTE
                                    United States District Judge