UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EASTMAN KODAK COMPANY,

    Plaintiff,

v.

RICOH COMPANY, LTD.

    Defendant.

Case No. 1:12-cv-03109 (DLC)

## DECLARATION OF MARISSA LALLI IN SUPPORT OF EASTMAN KODAK COMPANY'S OPPOSITION TO RICOH COMPANY LTD.'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW

MARISSA LALLI, under penalty of perjury, hereby declares as follows:

1. I am an attorney with the law firm WilmerHale LLP, counsel for Plaintiff Eastman Kodak Company ("Kodak") in the above captioned action, and am admitted to this Court *pro hac vice*.

2. I respectfully submit this declaration in support of Kodak's Opposition to Ricoh Company Ltd.'s Renewed Motion for Judgment as a Matter of Law. I am familiar with the facts stated herein.

3. Attached hereto as Exhibit 1 is a true and correct copy of transcript excerpts from the trial proceedings in *Eastman Kodak Co. v. Ricoh Co. Ltd.*, 1:12-cv-3109-DLC-GWG (S.D.N.Y.).

4. Attached hereto as Exhibit 2 is a true and correct copy of the Pentax K-x Camera Operating Manual entered into evidence in *Eastman Kodak Co. v. Ricoh Co. Ltd.*, 1:12-cv-3109-DLC-GWG (S.D.N.Y.) as Plaintiff Trial Exhibit 51.

5. Attached hereto as Exhibit 3 is a true and correct copy of the October 21, 2013 Joint Stipulation Regarding Pre-Admitted Exhibits.

Dated:  December 20, 2013

*Marissa Lalli* (signature)

Marissa Lalli