# EXHIBIT 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASTMAN KODAK COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 12-CV-03109 (DLC) |
| ) | |
| RICOH COMPANY, LTD., ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION REGARDING PRE-ADMITTED EXHIBITS

The parties hereby stipulate that the following exhibits are pre-admitted into evidence:

| EXHIBIT | | DESCRIPTION | BATES BEGIN | BATES END |
|---|---|---|---|---|
| PTX | 1 | Kodak-Ricoh Patent License Agreement | KOD-RIC005751 | KOD-RIC005766 |
| PTX | 2 | Amendment No. 1 to May 2, 2002 Patent License Agreement | KOD-RIC002828 | KOD-RIC002828 |
| PTX | 3 | Amendment No. 2 to May 2, 2002 Patent License Agreement | KOD-RIC002829 | KOD-RIC002834 |
| PTX | 51 | Pentax K-X Operating Manual | RICOH20244697 | RICOH20245018 |
| PTX | 52 | Pentax K-X Service Manual | RICOH10594652 | RICOH10594757 |
| PTX | 71 | Pentax 645D Service Manual | RICOH10594758 | RICOH10594844 |
| PTX | 72 | Pentax *istD Service Manual | RICOH10595209 | RICOH10595282 |
| PTX | 73 | Pentax *istDL Service Manual | RICOH10595361 | RICOH10595431 |
| PTX | 74 | Pentax *istDL2 Service Manual | RICOH10595432 | RICOH10595444 |
| PTX | 75 | Pentax *istDS Service Manual | RICOH10595283 | RICOH10595360 |
| PTX | 77 | Pentax K-01 Service Manual | RICOH10595026 | RICOH10595106 |
| PTX | 78 | Pentax K-5 Service Manual | RICOH10594953 | RICOH10595025 |

| EXHIBIT | | DESCRIPTION | BATES BEGIN | BATES END |
|---|---|---|---|---|
| PTX | 79 | Pentax K-7 Service Manual | RICOH10594534 | RICOH10594651 |
| PTX | 80 | Pentax K10D Service Manual | RICOH10594125 | RICOH10594193 |
| PTX | 81 | Pentax K20D Service Manual | RICOH10594194 | RICOH10594272 |
| PTX | 82 | Pentax K30 Service Manual | RICOH10595107 | RICOH10595208 |
| PTX | 83 | Pentax K100D Service Manual | RICOH10594005 | RICOH10594100 |
| PTX | 84 | Pentax K100D Super Service Manual | RICOH10593983 | RICOH10593989 |
| PTX | 86 | Pentax K200D-Assemby Service Manual | RICOH10594398 | RICOH10594439 |
| PTX | 87 | Pentax K200D-Adjustment Service Manual | RICOH10594294 | RICOH10594374 |
| PTX | 88 | Pentax K-m/K2000 Service Manual | RICOH10594440 | RICOH10594533 |
| PTX | 89 | Pentax K-R Service Manual | RICOH10594845 | RICOH10594952 |
| PTX | 90 | Pentax 645D Operating Manual | RICOH20356442 | RICOH20356549 |
| PTX | 91 | Pentax *istD Operating Manual | RICOH20000062 | RICOH20000225 |
| PTX | 92 | Pentax *istDL Operating Manual | RICOH20000451 | RICOH20000658 |
| PTX | 93 | Pentax *istDL2 Operating Manual | RICOH20001075 | RICOH20001289 |
| PTX | 94 | Pentax *istDS Operating Manual | RICOH20001815 | RICOH20002022 |
| PTX | 95 | Pentax *istDS2 Operating Manual | RICOH20002439 | RICOH20002650 |
| PTX | 96 | Pentax K-01 Operating Manual | RICOH20002755 | RICOH20003026 |
| PTX | 97 | Pentax K-5 Operating Manual | RICOH20006512 | RICOH20006894 |
| PTX | 98 | Pentax K-7 Operating Manual | RICOH20206330 | RICOH20206663 |
| PTX | 99 | Pentax K10D Operating Manual | RICOH20004232 | RICOH20004471 |
| PTX | 100 | Pentax K20D Operating Manual | RICOH20005868 | RICOH20006155 |
| PTX | 101 | Pentax K30 Operating Manual | RICOH20006216 | RICOH20006511 |
| PTX | 102 | Pentax K100D Operating Manual | RICOH20003576 | RICOH20003795 |
| PTX | 103 | Pentax K100D Super Operating Manual | RICOH20003027 | RICOH20003246 |

| EXHIBIT | | DESCRIPTION | BATES BEGIN | BATES END |
|---|---|---|---|---|
| PTX | 104 | Pentax K110D Operating Manual | RICOH20005168 | RICOH20005383 |
| PTX | 105 | Pentax K200D Operating Manual | RICOH20005492 | RICOH20005759 |
| PTX | 106 | Pentax K-m/K2000 Operating Manual | RICOH20187766 | RICOH20188045 |
| PTX | 107 | Pentax K-R Operating Manual | RICOH20007619 | RICOH20007973 |
| DTX | 134 | Pentax Digital Camera Optio P70 Operating Manual | RICOH10303977 | RICOH10304230 |
| DTX | 137 | Pentax Service Parts List K110D Product No. 76701 | RICOH10593963 | RICOH10593977 |
| DTX | 141 | Pentax Service Parts List K100D Product No. 76700 | RICOH10593990 | RICOH10594004 |
| DTX | 142 | Pentax Service Parts List K10D Product No. 76830 | RICOH10594105 | RICOH10594124 |
| DTX | 144 | Pentax Service Parts List *istD Product No. 76180 | RICOH10595445 | RICOH10595460 |
| DTX | 145 | Pentax Service Parts List *istDs Product No. 76450 | RICOH10595461 | RICOH10595476 |
| DTX | 146 | Pentax Service Parts List *istDL Product No. 76570, Product No. 76575 | RICOH10595477 | RICOH10595494 |
| DTX | 147 | Pentax Service Parts List *istDs2 Product No. 76640 | RICOH10595495 | RICOH10595499 |
| DTX | 148 | Pentax Service Parts List *istDL2 Product No. 76670 | RICOH10595500 | RICOH10595503 |
| DTX | 149 | Pentax Service Parts List K2000 Product No. 77170 (K2000); Product No. 77171 (K-m) | RICOH10595504 | RICOH10595521 |
| DTX | 150 | Pentax Service Parts List K-7 Product No. 77240 | RICOH10595522 | RICOH10595542 |
| DTX | 151 | Pentax Service Parts List K-x Product No. 77310, Product No. 77312, Product No. 77313, Product No. 77314 | RICOH10595543 | RICOH10595563 |
| DTX | 152 | Pentax Service Parts List 645D Product No. 77320 | RICOH10595564 | RICOH10595590 |

| EXHIBIT | | DESCRIPTION | BATES BEGIN | BATES END |
|---|---|---|---|---|
| DTX | 153 | Pentax Service Parts List K-r Product No. 77420, Product No. 77422, Product No. 77423, Product No. 77424, Product No. 77421 | RICOH10595591 | RICOH10595613 |
| DTX | 154 | Pentax Service Parts List K-5 Product No. 77430 | RICOH10595614 | RICOH10595634 |
| DTX | 155 | Pentax Service Parts List K-30 Product No. 77650, Product No. 77651, Product No. 77652, Product No. 77653 | RICOH10595635 | RICOH10595659 |
| DTX | 156 | Pentax Service Parts List K-01 Product No. 77560, Product No. 77561, Product No. 77564, Product No. 77565 | RICOH10595660 | RICOH10595685 |
| DTX | 168 | Pentax SLR Digital Camera K20D Operating Manual | RICOH20005868 | RICOH20006155 |
| DTX | 172 | Pentax Digital Camera Optio I-10 Operating Manual | RICOH20008298 | RICOH20008568 |
| DTX | 173 | Pentax Digital Camera Optio V10 Operating Manual | RICOH20021743 | RICOH20021934 |
| DTX | 267 | Pentax Q Operating Manual | RICOH20026197 | RICOH20026454 |

SO ORDERED

Date:_____

_____
Honorable Denise L. Cote

| COUNSEL FOR PLAINTIFF, | COUNSEL FOR DEFENDANT, |
| --- | --- |
| EASTMAN KODAK COMPANY | RICOH COMPANY, LTD. |

_____  _____

Robert J. Gunther, Jr.
Wilmer Cutler Pickering Hale & Dorr, LLP
399 Park Avenue
New York, New York 10022
Tel: (212) 230-8800
Fax: (212) 230-8888
robert.gunther@wilmerhale.com

Michael J. Summersgill
Jordan L. Hirsch
Wilmer Cutler Pickering Hale & Dorr, LLP
60 State Street
Boston, MA 02106
Tel: (617) 526-6000
Fax: (617) 526-5000
michael.summersgill@wilmerhale.com
jordan.hirsch@wilmerhale.com

Dated:  October 21, 2013

David Eiseman
Melissa Baily
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street
22nd Floor
San Francisco, CA 94111
(415) 875-6600
Fax: (415) 875-6700
davideiseman@quinnemanuel.com

Christopher Tayback
Ryan Seth Goldstein
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street
10th Floor
Los Angeles, CA 90017
(213) 443-3000
Fax: (213) 443-3100
ryangoldstein@quinnemanuel.com
christayback@quinnemanuel.com

Dated:  October 21, 2013