**quinn emanuel** trial lawyers | washington, dc

150 California Street, San Francisco, California, 94111 | TEL (415) 875-6600 FAX (415) 875-6700

WRITER'S DIRECT DIAL NO.
**(415) 875-6314**

WRITER'S INTERNET ADDRESS
**davideiseman@quinnemanuel.com**

January 10, 2014

**Via ECF and Federal Express**

The Honorable Denise L. Cote
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1610
New York, NY 10007-1312

Re:  *Eastman Kodak Company v. Ricoh Company, Ltd.*, No. 12-cv-3109 (DLC)

Dear Judge Cote:

Defendant Ricoh Company, Ltd. ("Ricoh") writes in regard to Ricoh's Renewed Motion for Judgment as a Matter of Law, Dkt. No. 208, filed on December 3, 2013. Plaintiff Eastman Kodak Company opposed Ricoh's motion on December 20, 2013, and Ricoh files its reply concurrently with this letter. Two courtesy copies of all motion papers have been sent to the Court via Federal Express.

In accordance with this Court's Individual Practices, Ricoh respectfully requests oral argument on Ricoh's motion.

Thank you for Your Honor's consideration of this submission.

Respectfully submitted,

*David Eiseman*

David Eiseman

cc via ECF:    Robert Gunther, Jr.
               Michael Summersgill