# WILMERHALE

Michael J. Summersgill

+1 617 526 6261 (t)
+1 617 526 5000 (f)
michael.summersgill@wilmerhale.com

January 13, 2014

**Via ECF**

The Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1610
New York, NY 10007

Re:  *Eastman Kodak Company v. Ricoh Company, Ltd.*, 12-cv-3109 (DLC)

Dear Judge Cote:

Eastman Kodak Company ("Kodak") respectfully submits this letter to address an error in one quote that Kodak included in its December 20, 2013 Opposition to Ricoh's Renewed Motion for Judgment as a Matter of Law.  At page 4, line 16 of its Opposition, Kodak included a quote from the trial testimony of Dr. Ramchandran and unintentionally omitted the words "and when I attached the lens to the box" before Dr. Ramchandran states his opinion that DSLR cameras sold with a lens are complete.  We apologize for this error which was inadvertent.  Kodak notes that it correctly quoted almost identical testimony from Dr. Ramchandran in two other instances in its Opposition, including at pages 5 and 10.  In both instances, Kodak correctly quoted Dr. Ramchandran's opinion that "once I have attached the lens to the camera," the camera has all the components to be complete. (Kodak Opp. Br. at 5, 10 ("[O]nce I have attached the lens to the camera, which came in the box sitting next to each other, it has all the components that I need for it to be complete...").)

Respectfully submitted,

Michael J. Summersgill