**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Eastman Kodak Company Plaintiff,

-against-

Ricoh Company, Ltd.   Defendant.

12 cv  3109   ( DLC )

**MOTION FOR ADMISSION**
**PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern

Districts of New York, I ___David B. Salmons___, hereby move this Court

for an Order for admission to practice Pro Hac Vice to appear as counsel for

___Ricoh Company, Ltd.___ in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of

___District of Columbia___ and there are no pending disciplinary proceedings against

me in any state or federal court.

Dated: February 27 , 2014                    Respectfully Submitted,

Applicant Signature

Applicant's Name: ___David B. Salmons___

Firm Name: ___Bingham McCutchen LLP___

Address: ___2020 K Street NW___

City / State / Zip: ___Washington, DC 20006___

Telephone / Fax: ___(202) 373-6000/(202) 373-6001___

E-Mail: ___david.salmons@bingham.com___