```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
EASTMAN KODAK COMPANY,                   :     12 Civ. 3109 (DLC)
                    Plaintiff,           :
                                         :     SCHEDULING ORDER
          -v-                            :
                                         :
RICOH COMPANY, LTD.,                     :
                                         :
                    Defendant.           :
                                         :
---------------------------------------- X
```

2/28/2014

DENISE COTE, District Judge:

On February 27, 2014, Ricoh Company, Ltd. served a motion for relief from judgment, requesting that the final judgment entered on November 5, 2013 be modified by replacing:

- "$17.7 million" with "$10.0 million" in Paragraph 5(b)
- "4.83 million" with "$4.06 million" in Paragraph 5(e)

It is hereby

ORDERED that the parties shall contact the chambers of Magistrate Judge Gorenstein no later than **March 4, 2014** to schedule a conference to settle this dispute.

IT IS FURTHER ORDERED that any opposition to the motion shall be served by **March 14, 2014**. Any reply shall be served by **March 21, 2014**. At the time any reply is served, the moving party shall supply two courtesy copies of all motion papers to Chambers by mail or delivery to the United States Courthouse,

Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED:

Dated:     New York, New York
           February 28, 2014

                               _____
                                        DENISE COTE
                              United States District Judge