UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Eastman Kodak Company Plaintiff,

-against-

Ricoh Company, Ltd. Defendant.

12 cv 3109 ( DLC )

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I __Richard de Bodo__, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for

__Ricoh Company, Ltd.__ in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of __California and District of Columbia__ and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: February 24, 2014

Respectfully Submitted,

_Richard de Bodo_

Applicant Signature

Applicant's Name: Richard de Bodo
Firm Name: Bingham McCutchen LLP
Address: 1601 Cloverfield Boulevard, Suite 2050 North
City / State / Zip: Santa Monica, CA 90404
Telephone / Fax: (310) 907-1000/(310) 907-2000
E-Mail: rich.debodo@bingham.com