UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASTMAN KODAK COMPANY,<br><br>                    Plaintiff,<br><br>          v.<br><br>RICOH COMPANY, LTD.,<br><br>                    Defendant. | Case No. 12-CV-03109 (DLC) |

**EASTMAN KODAK COMPANY'S OPPOSITION TO RICOH COMPANY LTD.'S
MOTION FOR RELIEF FROM JUDGMENT**

**(SUBJECT TO REQUEST TO FILE REDACTED VERSION)**

Respectfully submitted,

Dated: New York, New York
       March 14, 2014

/s/ *Robert J. Gunther, Jr.*
Robert J. Gunther, Jr.
WILMER CUTLER PICKERING HALE & DORR, LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10022
Tel: (212) 230-8800
Fax: (212) 230-8888
robert.gunther@wilmerhale.com

Michael J. Summersgill
Jordan L. Hirsch
WILMER CUTLER PICKERING HALE & DORR, LLP
60 State Street
Boston, Massachusetts 02109
Tel: (617) 526-6000
Fax:(617) 526-5000

*Attorneys for Eastman Kodak Company*

- 1 -