## quinn emanuel trial lawyers | san francisco

50 California Street, 22nd Floor, San Francisco, California 94111 | TEL (415) 875-6600 FAX (415) 875-6700

WRITER'S DIRECT DIAL NO.
(415) 875-6314

WRITER'S INTERNET ADDRESS
davideiseman@quinnemanuel.com

March 14, 2014

**VIA FACSIMILE – (212) 805-4268**

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/14

Re:   *Eastman Kodak Co. v. Ricoh Co., Ltd.*, 1:12-cv-03109-DLC-GWG (S.D.N.Y.)

Dear Judge Gorenstein:

Pursuant to Paragraph 8 of the Court's Standing Order Applicable to Settlement Conferences, Ricoh Company, Ltd. requests that the Court continue the April 15, 2014 settlement conference to May 14, 2014 because counsel for Ricoh Company, Ltd. is not available on April 15, 2014. We have conferred with Eastman Kodak Company regarding alternative dates, and have determined that the parties' representatives and counsel are available on May 14, 2014. The parties spoke with the Court's Clerk today and understand that the Court is available on May 14, 2014 at 10:00 a.m.

Thank you for considering this request.

Respectfully submitted,

*/s/ David Eiseman*

David Eiseman

Granted. Letters due May 8, 2014

SO ORDERED. DATE 3/14/14
GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

cc:   Robert Gunther, Jr. (via electronic mail)
      Michael Summersgill (via electronic mail)

quinn emanuel urquhart & sullivan, llp
LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS