**quinn emanuel** trial lawyers | san francisco

50 California Street, 22nd Floor, San Francisco, California 94111 | TEL (415) 875-6600 FAX (415) 875-6700



WRITER'S DIRECT DIAL NO.
(415) 875-6314

WRITER'S INTERNET ADDRESS
davideiseman@quinnemanuel.com

March 27, 2014

**Via Federal Express**

The Honorable Denise L. Cote
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1610
New York, NY 10007-1312

Re: <u>Eastman Kodak Company v. Ricoh Company, Ltd.</u>, No. 12-cv-3109 (DLC)

Dear Judge Cote:

On behalf of Defendant Ricoh Company, Ltd. ("Ricoh"), we respectfully submit this letter pursuant to Paragraph 4(A) of the Court's Individual Practices, to seek permission to file under seal three exhibits, and to publicly file redacted versions of its Reply Memorandum of Law In Support of its Motion for Relief From Judgment (the "Motion") (*See* Dkt. No. 246), and the Declaration of David Eiseman in support of Ricoh's Motion.

These documents and the bases for Ricoh's requests are described more fully below. Ricoh also has provisionally filed placeholders for its Reply Memorandum of Law In Support of its Motion for Relief From Judgment and the Declaration of David Eiseman in Support of Ricoh's Motion through the Court's ECF system, subject to the Court's final instructions.

The full set of Ricoh's Reply Memorandum and accompanying papers, including unredacted exhibits, was served on Kodak by email on March 26, 2014.

**I.   Ricoh Requests Permission to Publicly File Redacted Documents**

- Ricoh's Reply Memorandum of Law in Support of its Motion **[TAB 1]**
- Declaration of David Eiseman in Support of Ricoh's Motion **[TAB 3]**

The above documents contain sensitive business information that is not made public, and that Ricoh and Kodak make efforts to maintain as confidential. Were such information to be made public, it could be used to Ricoh's or Kodak's competitive and business disadvantage. To protect this confidential information, Ricoh respectfully requests that the Court allow it to file

redacted versions of these documents. Ricoh has made efforts to redact the minimum necessary to protect its business sensitive information. Clean copies of the redacted pages of the above documents are enclosed at tabs following each of the respective highlighted documents.

**II.     Ricoh Requests Permission To File Under Seal Three Exhibits**

- Exhibit A to the Declaration of David Eiseman [**TAB 5**]
- Exhibit B to the Declaration of David Eiseman [**TAB 6**]
- Exhibit C to the Declaration of David Eiseman [**TAB 7**]

The above exhibits contain highly confidential and sensitive business information that is not made public, and that Ricoh and Kodak make efforts to maintain as confidential. They also contain highly confidential and sensitive business information of third parties. In addition, Kodak has designated certain of these documents as containing Kodak Confidential or Highly Confidential information. On March 27, 2104, Kodak's counsel informed Ricoh that certain of these documents contain Kodak and third party confidential information and that Kodak intends to preserve the confidentiality designations of these documents in full. Accordingly, Ricoh respectfully requests permission to file these materials under seal.

Last, please note that two unredacted courtesy copies of Ricoh's Motion and accompanying papers were sent to the Court upon filing.

Thank you for Your Honor's consideration of this submission.

Respectfully submitted,

David Eiseman

Encl.

cc:     Robert Gunther, Jr.
        Michael Summersgill