UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EASTMAN KODAK COMPANY,

           Plaintiff,

v.

RICOH COMPANY, LTD.,

           Defendant.

Case No. 12-CV-03109 (DLC)

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Eastman Kodak Company and Defendant Ricoh Company, Ltd., having reached a settlement of their respective claims and counterclaims, stipulate and agree that all claims and counterclaims in this action are dismissed with prejudice, with each party bearing its own costs and attorneys' fees.

*So ordered.*

*[signature]*
*8/22/14*

| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |
| EASTMAN KODAK COMPANY | RICOH COMPANY, LTD. |

_/s/ David Eiseman_

Robert J. Gunther, Jr.
Wilmer Cutler Pickering Hale & Dorr, LLP
399 Park Avenue
New York, New York 10022
Tel: (212) 230-8800
Fax: (212) 230-8888
robert.gunther@wilmerhale.com

Michael J. Summersgill
Jordan L. Hirsch
Wilmer Cutler Pickering Hale & Dorr, LLP
60 State Street
Boston, MA 02106
Tel: (617) 526-6000
Fax: (617) 526-5000
michael.summersgill@wilmerhale.com
jordan.hirsch@wilmerhale.com

Dated: August ___, 2014

David Eiseman
Melissa J. Baily
Quinn Emanuel Urquhart & Sullivan LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: (415) 875-6600
Fax: (415) 875-6700
david.eiseman@quinnemanuel.com
melissabaily@quinnemanuel.com

Christopher Tayback
Ryan S. Goldstein
Quinn Emanuel Urquhart & Sullivan LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100
christayback@quinnemanuel.com
ryangoldstein@quinnemanuel.com

Dated: August 21, 2014

**SO ORDERED:**

Dated: _____

_____
Denise L. Cote
United States District Judge

| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |
| --- | --- |
| EASTMAN KODAK COMPANY | RICOH COMPANY, LTD. |

_/s/ Robert J. Gunther, Jr._
Robert J. Gunther, Jr.
Wilmer Cutler Pickering Hale & Dorr, LLP
399 Park Avenue
New York, New York 10022
Tel: (212) 230-8800
Fax: (212) 230-8888
robert.gunther@wilmerhale.com

Michael J. Summersgill
Jordan L. Hirsch
Wilmer Cutler Pickering Hale & Dorr, LLP
60 State Street
Boston, MA 02106
Tel: (617) 526-6000
Fax: (617) 526-5000
michael.summersgill@wilmerhale.com
jordan.hirsch@wilmerhale.com

Dated: August 21, 2014

David Eiseman
Melissa J. Baily
Quinn Emanuel Urquhart & Sullivan LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: (415) 875-6600
Fax: (415) 875-6700
david.eiseman@quinnemanuel.com
melissabaily@quinnemanuel.com

Christopher Tayback
Ryan S. Goldstein
Quinn Emanuel Urquhart & Sullivan LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100
christayback@quinnemanuel.com
ryangoldstein@quinnemanuel.com

Dated: August ___, 2014

**SO ORDERED:**

Dated: _____

_____
Denise L. Cote
United States District Judge